AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SOUNDVIEW ELITE LTD., and VANQUISH FUND LTD. ) <br><br> *Plaintiff* ) <br><br> v. ) <br> GERTI MUHO and LEVERAGED HAWK, INC. ) <br><br> *Defendant* ) | **13 CV 6895** <br> Civil Action No. <br><br> **JUDGE TORRES** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gerti Muho, 20 Exchange Place, 4504, New York, NY 10005
Leveraged Hawk, Inc., 20 Exchange Place, 4504, New York, NY 10005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Peter C. Harvey, Esq.
> Patterson Belknap Webb & Tyler LLP
> 1133 Avenue of the Americas
> New York, N Y10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J KRAJICK

*CLERK OF COURT*

Date:  09/27/2013

*Signature of Clerk or Deputy Clerk*

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 13 CIV 6895

Date Filed: 9/27/2013


CSU2020113233

Plaintiffs:
**SOUNDVIEW ELITE LTD., and VANQUISH FUND LTD.**

vs.

Defendants:
**GERTI MUHO and LEVERAGED HAWK, INC.**

For:
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York, NY 10036-6710

Received these papers to be served on **GERTI MUHO, 6031 GROVE STREET, RIDGEWOOD, NY 11385.**

I, Eugene O. Ferrari, being duly sworn, depose and say that on the **2nd day of October, 2013 at 6:54 am, I:**

served the above named Individual Pursuant to CPLR § 308 (2) by delivering and leaving a true copy of the **Summons In a Civil Action, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Complaint and Individual Practices in Civil Cases of Judge Analisa Torres,** with **Julietta Muho, Co-Resident at 6031 Grove Street, Ridgewood, NY 11385**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Summons in a Civil Action, Civil Cover Sheet, Rule 7.1 Disclosure Statement, Complaint and Individual Practices in Civil Cases of Judge Analisa Torres,** in a postpaid envelope addressed to: **6031 Grove Street, Ridgewood, NY 11385** and bearing the words "Personal & Confidential" by First Class Mail on **10/2/2013** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
GPS TRACKING - 40.7099, -73.9013

CS, Inc. 181 Hillside Avenue, Williston Park, New York 11596. D.C.A. License # 1382542

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 180, Hair: Light Brown, Glasses: N

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 2nd day of October, 2013 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Eugene O. Ferrari
D.C.A. License # 1255616

Our Job Serial Number: CSU-2020113233
Ref: R 3342-002

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4w

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK   Index No. 13 CIV 6895

| | |
|---|---|
| SOUNDVIEW ELITE LTD. & VANQUISH FUND<br>against<br>GERTI MUHO & LEVERAGED HAWK, INC. | Plaintiff(s) Petitioner(s)<br>Defendant(s) Respondent(s) |

Calendar No.

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE, COUNTY OF: NEW CASTLE  Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 10/1/13 at 2:30 PM .M., at C/O REGISTERED AGENT SOLUTIONS, INC. 1679 S. DUPONT HWY. DOVER, DE 19901
deponent served the within
☒ summons and complaint
☐ subpoena duces tecum
☐ citation
☒ CIVIL CASE COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT & INDIVIDUAL PRACTICES OF US DISTRICT COURT JUDGE ANALISA TORRES

on LEVERAGED HAWK, INC.
☒ defendant  ☐ witness  hereinafter called
☐ -espondent                the recipient therein named

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to SHAWN MCCARTY (PROCESS AGENT) personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be AUTHORIZED PERSON thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to  a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to  at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at  and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at  in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☐
☐ Male  ☒ White Skin  ☐ Black Hair  ☐ White Hair  ☐ 14-20 Yrs.  ☐ Under 5'  ☐ Under 100 Lbs.
☒ Female  ☐ Black Skin  ☐ Brown Hair  ☐ Balding  ☐ 21-35 Yrs.  ☐ 5'0"-5'3"  ☐ 100-130 Lbs.
☐ Yellow Skin  ☒ Blonde Hair  ☐ Mustache  ☒ 36-50 Yrs.  ☒ 5'4"-5'8"  ☒ 131-160 Lbs.
☐ Brown Skin  ☐ Gray Hair  ☐ Beard  ☐ 51-65 Yrs.  ☐ 5'9"-6'0"  ☐ 161-200 Lbs.
☐ Red Skin  ☐ Red Hair  ☐ Glasses  ☐ Over 65 Yrs. [- I Over 6'  ☐ Over 200 Lbs.
Other identifying features:

**WITNESS FEES** ☐  $  the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 10/1/13

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2014

GRANVILLE MORRIS   License No.