AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Soundview Elite Ltd. and Vanquish Fund Ltd., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    13 cv 06895 (AT) |
| Gerti Muho and Leveraged Hawk, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Soundview Elite Ltd. and Vanquish Fund Ltd.

Date:        10/15/2013

_____
*Attorney's signature*

Ethan Krasnoo
*Printed name and bar number*
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

*Address*

ekrasnoo@pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*