AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SOUNDVIEW ELITE LTD & VANQUISH FUND LTD<br>*Plaintiff*<br>v.<br>GERTI MUHO & LEVERAGED HAWK, INC.<br>*Defendant* | )<br>)<br>) Case No. 13 CV 6895<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 10/16/2013

/s/ Nico Commandeur
*Attorney's signature*

Nico Commandeur
*Printed name and bar number*
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036

*Address*

ncommandeur@pbwt.com
*E-mail address*

(212) 336-2000
*Telephone number*

(212) 336-2222
*FAX number*