Peter C. Harvey
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336.2810
Facsimile: (212) 226.2222
Email: pcharvey@pbwt.com

*Attorneys for Plaintiffs Soundview Elite LTD.,
and Vanquish Fund Ltd.*

------------------------------- x: **UNITED STATES DISTRICT COURT**
                                           **SOUTHERN DISTRICT OF NEW YORK**

Civil Action No. 13 cv 06895 (AT)

SOUNDVIEW ELITE LTD., and
VANQUISH FUND LTD.,

                   **AFFIDAVIT OF JANE METCALF, ESQ.**

           Plaintiffs,

           -against-

GERTI MUHO and LEVERAGED
HAWK, INC.

           Defendants.
------------------------------- x

           I, JANE METCALF, being duly sworn, depose and say:

     1.     I am an attorney with the firm of Patterson Belknap Webb & Tyler LLP, ("Patterson Belknap"). I submit this Affidavit in support of Plaintiffs' application for emergent relief. I have personal knowledge of the facts set forth in this Affidavit.

     2.     Patterson Belknap represents the Richcourt Funds, a group of private investment funds which includes Plaintiffs Vanquish Fund Ltd. ("Vanquish Fund") and Soundview Elite Ltd. ("Soundview") in a separate lawsuit currently pending in the Delaware Superior Court. That action is filed under Civil Action No. N13C-06-156.

3. Leveraged Hawk, Inc. ("Leveraged Hawk") is also a party to the Delaware Civil action named above.

4. On July 30, 2013, I participated in a teleconference held by the Honorable James T. Vaughn, President Judge, Superior Court of the State of Delaware, in connection with that action. Defendant Gerti Muho participated in the teleconference purportedly on behalf of Leveraged Hawk's.

5. During that teleconference, Judge Vaughn informed Mr. Muho that he could not represent Leveraged Hawk *pro se*, as he had attempted to do, since Defendant Muho was not licensed to practice law in the State of Delaware. Rather, the Court instructed Mr. Muho to retain Delaware counsel to represent Leveraged Hawk.

6. Mr. Muho told the court that he was unable to retain Delaware counsel on behalf of Leveraged Hawk due to a lack of funds.

JANE METCALF

Sworn before me this 9th day of October, 2013.

Notary Public
My commission expires _____.

CATHERINE GEDDES
Notary Public, State of New York
No. 02GE6252240
Qualified in Queens County
Certificate Filed in New York County
Commission Expires December 5, 2015

2

6431257v.2