EXHIBIT A

# RF SERVICES, LLC

Mr. Gerti Muho
6031 Grove St.
Ridgewood, NY 11385

Dear Mr. Muho:

    We are pleased to offer you a position with RF Services LLC ("RFS" or the "Firm") as Associate starting on May 21, 2012 and ending on August 10, 2012. Although the scope of your responsibilities may vary in the future, we anticipate that you will be responsible for assisting with legal and business matters, in addition to other projects which may be assigned from time to time.

    Your compensation will be based on a salary of $55,000.00 per year, pro-rated for your period of employment payable in accordance with the Firm's normal payroll practices. During your employment with the Firm, you may be eligible to receive additional bonus compensation (less withholding taxes) at the sole discretion of the Firm, depending on your performance and the performance of the Firm. As a temporary employee of the Firm, you will not be eligible for benefits.

    Your employment at RFS will be "at will" and may be terminated by you or RFS at any time and for any reason with or without cause and with or without prior notice, although we ask for two weeks notice of your intent to terminate employment. By accepting RFS's offer of employment, you represent that you are not subject to any employment contract, express or implied, or any other restriction that would prevent you from becoming employed by RFS on the terms and conditions set forth above.

    You are required, as a condition of your employment with RFS, to sign the enclosed Confidentiality, Restrictive Covenant, and Arbitration Agreement. Further, your employment with RFS is also subject to completion of the Firm's customary post-offer and pre-employment procedures including, but not limited to, a background check. You will not be permitted to commence employment with RFS unless you have returned a signed copy of the enclosed Confidentiality, Restrictive Covenant, and Arbitration Agreement and background check authorization forms. Should you not qualify for employment because of a failure to pass the Firm's background check, none of the financial obligations noted herein will be applicable and any payment not yet due will be voided and need not be paid by the Firm.

    To accept this offer of employment, you must sign, date and return this letter, the enclosed Confidentiality, Restrictive Covenant, and Arbitration Agreement, and the enclosed background check authorization forms. This letter and the Confidentiality, Restrictive Covenant, and Arbitration Agreement set forth all understandings and

agreements between you and RFS regarding your employment and supersede any prior or contemporaneous agreements or negotiations regarding the subject matter contained therein. RFS retains the right to require you, as a condition of your employment and continued employment, to agree to any other written policies or procedures. The terms of this letter shall be governed by the laws of the State of New York, without regard to New York's choice of law rules. No provisions of this letter shall be waived or amended except in a writing signed by RFS and you.

If at any time you have any questions regarding this letter, the enclosed documents, or any other matters relating to your employment with RFS, please feel free to speak with me.

Very truly yours,


Eric Lieberman


Enclosures                                    Agreed and Accepted:

                                              Name: Mr. Gerti Muho
                                              Date: