# EXHIBIT E

Wednesday, April 3, 2013

The Board of Directors
Soundview Elite Ltd.

I respectfully submit my resignation from the Board of Directors ("*Board*") of Soundview Elite Ltd. ("*Company*") effective as of April 3, 2013.

It has been a privilege to serve on the Company's Board and I wish the Company the best in all future endeavors.

Sincerely,

Gerti Muho

cc: Alphonse Fletcher, Jr.
    Deborah Hicks Midanek
    Floyd Saunders