# EXHIBIT G

**VANQUISH FUND LTD**
(THE "COMPANY")

---

**WRITTEN SHAREHOLDER RESOLUTIONS OF THE COMPANY
MADE ON 10 MAY 2013**

---

The undersigned, being the only Shareholder of the Company having the right to receive notice of, attend and vote at general meetings hereby resolves the following shareholder resolutions.

1. **REMOVAL OF DIRECTOR AND APPOINTMENT OF NEW DIRECTOR**

1.1 IT IS RESOLVED, in each instance by ordinary resolution, that:

    (a) Gerti Muho be and is hereby removed as a Director of the Company with effect from the date of these resolutions;

    (b) George Ladner be and is hereby appointed as a Director of the Company with immediate effect until such time as such Director resigns or is removed or otherwise disqualified in accordance with the Articles of Association of the Company;

    (c) the Register of Directors of the Company be amended to note the removal of Gerti Muho as a Director and the appointment of George Ladner as a new Director, all as set out in these resolutions; and

    (d) the Secretary of the Company be and is hereby instructed to notify the Registrar of Companies in the Cayman Islands of the removal of Gerti Muho as a Director of the Company and the appointment of George Ladner as a Director of the Company.

BY _____
George Ladner

for and on behalf of Richcourt Holding Inc.

1