# EXHIBIT H

SOUNDVIEW ELITE LTD.
(THE "COMPANY")

WRITTEN RESOLUTIONS OF THE DIRECTORS OF THE COMPANY
APRIL 29, 2013

The undersigned, being the sole director of the Company (the "**Director**") hereby resolves the following director resolutions.

1. PROPOSED TRANSACTION

1.1 **IT IS NOTED** that:

(a) the Company proposes that the signature of either Director bind the Company as the Company would be bound if both Directors had signed;

1.2 **IT IS RESOLVED** that:

(a) A document signed by one Director shall bind the Company as if signed by both Directors;

2. GENERAL AUTHORISATION

2.1 **IT IS RESOLVED** that in connection with the actions contemplated by the foregoing resolutions, any Director and each duly authorised attorney of the Company (an "**Attorney**") be, and each hereby is, authorised, in the name and on behalf of the Company, to do such further acts and things as any Director or Attorney(s) shall deem necessary or appropriate in connection with, or to carry out the actions contemplated by, the foregoing resolutions.

3. RATIFICATION OF PRIOR ACTIONS

3.1 **IT IS RESOLVED** that any and all actions of the Company, or of the Directors, Attorney(s) or any officer, taken in connection with the actions contemplated by the foregoing resolutions prior to the execution hereof be and hereby are ratified, confirmed, authorised, approved and adopted in all respects as fully as if each such action had been presented to for approval, and approved by, the Shareholders prior to such action being taken.

BY _____
Gerti Muho
AUTHORISED SIGNATORY and DIRECTOR

BY _____
Gerti Muho
By Leveraged Hawk, Inc. DIRECTOR