# EXHIBIT A



Citicorp Data System Incorporated
Litigation Support (Texas)
100 Citibank Drive
San Antonio, TX 78245-3214

Tel 210-357-8600
Fax 210-468-0252

October 11, 2013

Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas, 24th Floor
New York, NY 10036

RE:   Subpoena in the Matter of Richcourt Allweather Fund, Inc., et al. v.
      Deborah Hicks Midanek
      Citibank File No.:2013-17636
      Civil Action No. 13-4810

Dear Sir or Madam:

This letter is in response to the above referenced subpoena.

Enclosed please find the account statements, backup documents and account opening
documents available of your subpoena. It is our understanding that by providing you with
the enclosed records Citibank has complied with your request.

Further, I am enclosing our invoice for services rendered. If you should have any questions
or require further information, please contact the undersigned at (210) 357-8600.

Sincerely,

Melissa Leal
Litigation Support Unit

The U.S. Service Center performs customer account servicing for Citibank, N.A., Citibank (South Dakota), N.A. Citibank (Nevada), N.A.,
Citibank F.S.B., Citibank (West) F.S.B. and Citibank Texas, N.A.
**A member of Citigroup**



Citicorp Data System Incorporated
Litigation Support (Texas)
100 Citibank Drive
San Antonio, TX 78245-3214

Tel 210-357-8600
Fax 210-468-0252

# AFFIDAVIT

STATE OF TEXAS)

                    )SS:

COUNTY OF BEXAR)

I, Melissa Leal, do hereby state and declare as follows:

1. I am employed by Citigroup Management Corp. (hereinafter "CMC"). The testimony in this affidavit is based upon my review of documents maintained in the ordinary course of business, and to the best of my knowledge, the facts contained herein are true and correct.
2. CMC provides various services, one of which is subpoena compliance, to Citibank, N.A. (hereinafter "Citibank").
3. The accounts in question are or were owned and issued by Citibank.
4. Citibank provides CMC employees access to its account records to perform various services.
5. I am a duly authorized custodian of the records for Citibank and have authority to certify the attached records.
6. The attached records are copies or duplicates of the available records requested in the Subpoena.
7. The attached records were prepared in the ordinary course of business at or near the time of the act, condition or event.
8. Documents attached are in the matter of Richcourt Allweather Fund, Inc., et al v. Deborah Hicks Midanek, my reference number 2013-17636.

I certify under penalty of perjury that the foregoing is true and correct. Executed on October 11, 2013 at San Antonio, TX.

                                   _____

                                   Melissa Leal, Legal Support Specialist
                                   Citigroup Management Corp.

Subscribed and sworn to before me on October 11, 2013.

**M YVETTE GUTIERREZ**
**My Commission Expires**
**September 9, 2017**

My commission expires _9-9-2017_

                                   _____
                                   Notary Public

The U.S. Service Center performs customer account servicing for Citibank, N.A., Citibank (South Dakota), N.A. Citibank (Nevada), N.A., Citibank F.S.B., Citibank (West) F.S.B. and Citibank Texas, N.A.
**A member of Citigroup**

0-1/R1/O4F/013

June 3 – June 30, 2013
Citigold Account

▮▮895

Page 1 of 5

GERTI MUHO
20 EXCHANGE PL APT 4504
NEW YORK NY        10005-3213

CITIGOLD SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citigold Services at (888) 248-4465*
Website: www.citibankonline.com

Citigold is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 5.68 | 123.39- |
| Citigold Relationship Total | $5.68 | $123.39- |

| Earnings Summary | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 0.00 | 3.39 |
| Citigold Relationship Total | $0.00 | $3.39 |

* To ensure quality service, calls are randomly monitored and may be recorded.

June 3 - June 30, 2013
GERTI MUHO
Citigold Account          4895

Page 2 of 5

## Fees & Rates Detail

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of May in all your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

Monthly Service charges are waived for the following balance levels.
- $50,000 for deposits (checking, savings, money markets, CDs) and Retirement Accounts
- $100,000 for deposits, Retirement Accounts, loans (except mortgage from CitiMortgage), credit cards and investments
- $250,000 for deposits, Retirement Accounts, loans, credit cards, investments and a mortgage from CitiMortgage

Please refer to your Client Manual and Marketplace Addendum booklets and amendments for details. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | Your Combined Balance Range $1,500-$5,999 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $30.00(Waived) |

All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

Checking Activity

High Interest Checking        4895

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 06/03/13 | Opening Balance | | | 5.68 |
| 06/03/13 | Incoming Wire Transfer WIRE FROM ANILA GJIKA VASKEN GJIKA | | 300.00 | 305.68 |
| 06/03/13 | ACH Electronic Debit BMW BANK          BMWFS PYMT | 283.71 | | 21.97 |
| 06/03/13 | Fee - Service Charge | 30.00 | | 8.03- |
| 06/04/13 | Citibank Global Transfer          3163  CITIBANK ONLINE JULIETA MUHO | | 500.00 | 491.97 |
| 06/04/13 | Overdraft Fee | 34.00 | | 457.97 |
| 06/04/13 | Debit Card Purchase 05/30 09:52a #1624  NYC-DOT PARKING METERS LONG ISLAND C NY 13152 Autopt postal service, oas ing | 2.00 | | 455.97 |
| 06/05/13 | ACH Electronic Debit FINRA          NASD | 150.00 | | 305.97 |
| 06/06/13 | ACH Electronic Debit PAYPAL          INST XFER | 25.00 | | 280.97 |
| 06/10/13 | ACH Electronic Debit PAYPAL          INST XFER | 4.99 | | 275.98 |
| 06/10/13 | ACH Electronic Debit DEPTOFEDUCATION  STUDENT LN | 1,774.22 | | 1,498.24- |
| 06/10/13 | Cash Withdrawal on 06/08* 12:13a #1624 Non Citi ATM 2842 S OCEAN BLVD   PALM BEACH  FLUS | 163.95 | | 1,662.19- |
| 06/10/13 | Cash Withdrawal on 06/08* 12: 14a #1624 Non Citi ATM 2842 S OCEAN BLVD   PALM BEACH  FLUS | 43.95 | | 1,706.14- |
| 06/11/13 | Other Credit | | 1,774.22 | 68.08 |
| 06/11/13 | Returned Check/NSF Fee | 34.00 | | 34.08 |

0-1R10-0F03-0

0-1-RR1404F013

June 3 - June 30, 2013
GERTI MUHO
Citigold Account ▓▓▓ 4895

Page 3 of 5

**Checking** Continued

Checking
Activity
Continued

High Interest Checking ▓▓▓ 4895

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 06/11/13 | Debit Card Purchase 06/06 05:56a #1624   EPOCH.COM *NANNADIG 800-893-8871 CA 13159 Misc Mail & Phone orders | 29.99 | | 4.09 |
| 06/12/13 | Citibank Global Transfer ▓▓▓▓▓▓8117 CITIBANK ONLINE JULIETA | | 500.00 | 504.09 |
| 06/13/13 | Cash Withdrawal 09:48p #1624   Citibank ATM 80 BROAD ST , NY, NY | 300.00 | | 204.09 |
| 06/14/13 | ACH Electronic Debit ACS         LOAN PYMT. | 165.72 | | 38.37 |
| 06/17/13 | ACH Electronic Credit NYS DOL UI DD   UI DD | | 0.00 | 38.37 |
| 06/17/13 | Other Credit | | 165.72 | 204.09 |
| 06/17/13 | ACH Electronic Debit  PAYPAL        INST XFER | 19.95 | | 184.14 |
| 06/17/13 | ACH Electronic Debit  PAYPAL        INST XFER | 125.00 | | 59.14 |
| 06/17/13 | Returned Check/NSF Fee | 34.00 | | 25.14 |
| 06/17/13 | Debit Card Purchase 06/12 04:04p #1624  CHILIS PBI   10168151 W PALM BEACH  FL 13165 Restaurant/Bar | 20.00 | | 5.14 |
| 06/17/13 | Debit Card Purchase 06/12 09:55p #1624  JETBLUEINFLIGHT     SALT LAKE CIT UT 13165 Restaurant/Bar | 5.99 | | 0.85- |
| 06/18/13 | Other Credit | | 125.00 | 124.15 |
| 06/18/13 | Returned Check/NSF Fee | 34.00 | | 90.15 |
| 06/18/13 | Debit Card Purchase 06/14 12:30p #1624  CHASE.COM      02142907815  TX 13168 Specialty Retail stores | 100.00 | | 9.85- |
| 06/18/13 | Debit Card Purchase 06/13 07:36p #1624  MAX DELIVERY      NEWYORK   NY 13166 Food & Beverages | 45.54 | | 55.39- |
| 06/19/13 | ACH Electronic Debit  ACS         LOAN PYMT | 165.72 | | 221.11- |
| 06/20/13 | Other Credit | | 165.72 | 55.39- |
| 06/20/13 | Returned Check/NSF Fee | 34.00 | | 89.39- |
| 06/24/13 | ACH Electronic Debit  PAYPAL,       INST XFER | 125.00 | | 214.39- |
| 06/25/13 | Other Credit | | 125.00 | 89.39- |
| 06/25/13 | Returned Check/NSF Fee | 34.00 | | 123.39- |
| | **Total Subtracted/Added** | **3,784.73** | **3,655.66** | |
| 06/30/13 | Closing Balance | | | 123.39- |

All transaction times and dates reflected are based on Eastern Time.
¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.

Overdraft and
Returned Item
Fees

| | Statement Period Total | Year to Date Total |
|--|------------------------|--------------------|
| Total Overdraft Fees | $34.00 | $34.00 |
| Total Returned Item Fees | $170.00 | $170.00 |

0-I-R1-0A4F013

**June 3 - June 30, 2013**
GERTI MUHO
Citigold Account

4895

## Checking  Continued

ThankYou ®
Summary

**ThankYou® Points Summary**

| | |
|---|---|
| Points from checking account and other products and services | 475 |
| Total Points forwarded to Citi® ThankYou® Rewards | 475 |

Go to thankyou.com to review your point balance and redeem

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

June 3 - June 30, 2013
GERTI MUHO
Citigold Account

4895

Page 5 of 5

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
Your checking and savings bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits.

**CERTIFICATES OF DEPOSIT**
Certificate of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed into a new CD and additional data is not available to us at the time of your statement.
In Case of Errors or Questions About Your Electronic Fund Transfers other than for Investment Transactions:
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the addresses shown. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please: (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers to or from your account within 30 days after the first deposit to the account was made) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
Give us the following information: (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your inquiry and will correct any error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

IRAs AND KEOGH PLANS Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CREDIT PRODUCTS**
Checking Plus-Fixed Rate and Variable Rate
Average Daily Balance: The Average Daily Balance is computed by taking the beginning balance of your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charge: The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance of your account each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. Then we multiply the amount of the interest by (1) multiplying each of the average daily balances by the number of days in the statement period during which the daily periodic rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. Alternatively, the Interest Charge may be computed by applying the Daily Periodic Rate to the average daily balance during the statement period. Each average daily balance is determined as outlined above.
Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366). For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed when the day we pay your check or other cash advance funds available to you from your account. The total Interest Charges paid during the year which is shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.
Payment Instructions: You can make payments on-line via Citibankonline.com, by phone- call (866) 246-4855, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., P O Box 688922, Des Moines, IA 50368-8922
Other Information: Checks drawn against a business account are not acceptable as payment for a personal loan obligation.
Request for Credit Balance Refunds: If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You are entitled to a refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.
Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information.
• Account Information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true.
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question, including interest and other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information about your last credit card statement. You will continue to receive your regular monthly credit card statement(s). Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT FOLLOW THESE SIMPLE STEPS**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the "Checks and Other Withdrawal Outstanding" column below all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automaticdeductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on the Checking Activity section.

6. List the ending Balance at the end of the Checking Activity section.

| | |
|---|---|

7. Add deposits or transfers you recorded which are not shown on this statement

| | |
|---|---|

8. Total (6 and 7 above)

9. Enter Total Checks and Other Withdrawals (see below)

10. Balance (8 less 9 should equal Checkbook balance)

Checks and Other Withdrawals Outstanding (made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |

Sum of check charges on above is checkbook.

Total



Citibank is an Equal Housing Lender.

EQUAL HOUSING LENDER

0-J/R1/24F013

0-1R104F013

July 1 - July 31, 2013
Citigold Account

895

Page 1 of 5

GERTI MUHO
20 EXCHANGE PL APT 4504
NEW YORK NY          10005-3213

CITIGOLD SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call: Citigold Services at (888) 248-4465*
Website: www.citibankonline.com

Citigold is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

## Value of Accounts

| | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 123.39- | 2.36 |
| Citigold Relationship Total | $123.39- | $2.36 |

## Earnings Summary

| | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| Checking | | |
| Checking | 0.00 | 3.39 |
| Citigold Relationship Total | $0.00 | $3.39 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citigold

Getting ready for college? The Citibank Student Account Package has a great checking account just for students with no monthly service fee as long as the student is enrolled in an eligible institution, 24/7 account access via Citibank®Online, Citi Mobile(SM) and more. Visit a branch today to speak with a Personal Banker for details about opening your Citibank Student Checking Account and get a free gift while supplies last]

Terms, conditions, and fees of accounts, products, programs and services are subject to change.
Citibank, N.A. Member FDIC.

July 1 - July 31, 2013
GERTI MUHO
Citigold Account    ▌4895

0-PHY04F013

## Fees & Rates Detail

Citibank gives you the benefit of lower charges, better charges, and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of June in all your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

Monthly Service charges are waived for the following balance levels.
- $50,000 for deposits (checking, savings, money markets, CDs) and Retirement Accounts
- $100,000 for deposits, Retirement Accounts, loans (except mortgage from CitiMortgage), credit cards and investments
- $250,000 for deposits, Retirement Accounts, loans, credit cards, investments and a mortgage from CitiMortgage

Please refer to your Client Manual and Marketplace Addendum for details. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | Your Combined Balance Range $0-$1,499 |
|---|---|
| | Standard |
| Rates | |
| Monthly Service Charge | $30.00 |

All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

**Checking Activity**

High Interest Checking   ▌895

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 07/01/13 | Opening Balance | | | 123.39- |
| 07/03/13 | ACH Electronic Credit NYS DOL UI DD | | 405.00 | 281.61 |
| 07/03/13 | ACH Electronic Debit PAYPAL  TRANSFER | 125.00 | | 156.61 |
| 07/03/13 | Cash Withdrawal 05:32p #1624  Teller 401 W 42ND STREET, NY, NY | 200.00 | | 43.39- |
| 07/08/13 | ACH Electronic Credit on 07/06'  NYS DOL UI DD  UI DD | | 405.00 | 361.61 |
| 07/08/13 | ACH Electronic Debit  SLMA ED SERV PPD STUDNTLOAN | 1,774.22 | | 1,412.61- |
| 07/09/13 | Other Credit | | 1,774.22 | 361.61 |
| 07/09/13 | Returned Check/NSF Fee | 34.00 | | 327.61 |
| 07/09/13 | Debit Card Purchase 07/06 05:50a #1624  EPOCH.COM  *INANNADIG 800-893-8871 CA 13189  Misc Mail & Phone orders | 29.99 | | 297.62 |
| 07/10/13 | Cash Withdrawal 05:35a #1624  Non Citi ATM 2065 IDAHO ST,  ELKO  NVUS | | | 194.87 |
| 07/10/13 | Cash Withdrawal 05:41a #1624  Non Citi ATM 2065 IDAHO ST,  ELKO  NVUS | | | 92.12 |
| 07/10/13 | Cash Withdrawal 07:12a #1624  Non Citi ATM 2065 IDAHO ST,  ELKO  NVUS | | | 49.37 |
| 07/10/13 | Cash Withdrawal 07:24a #1624  Non Citi ATM 2065 IDAHO ST,  ELKO  NVUS | 42.75 | | 6.62 |
| 07/11/13 | ACH Electronic Debit  SLMA ED SERV PPD STUDNTLOAN | 1,774.22 | | 1,767.60- |
| 07/12/13 | Other Credit | | 1,774.22 | 6.62 |
| 07/12/13 | Returned Check/NSF Fee | 34.00 | | 27.38- |
| 07/15/13 | ACH Electronic Credit on 07/13'  NYS DOL UI DD  UI DD | | 405.00 | 377.62 |

July 1 - July 31, 2013
GERTI MUHO
Citigold Account                4895

**Checking**
Activity
Continued

## Checking — Continued

High Interest Checking          4895

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 07/15/13 | Mobile Deposit | | | 45.00 | 422.62 |
| 07/15/13 | Citibank Global Transfer 8866 CITIBANK ONLINE JULIETA | | | 30.00 | 452.62 |
| 07/15/13 | Citibank Global Transfer # 9063 CITIBANK ONLINE JULIETA | | | 50.00 | 502.62 |
| 07/15/13 | Citibank Global Transfer # 0066 CITIBANK ONLINE GERTI | | | 60.00 | 562.62 |
| 07/15/13 | Citibank Global Transfer 9685 CITIBANK ONLINE JULIETA JM | | | 80.00 | 642.62 |
| 07/15/13 | Citibank Global Transfer 9665 CITIBANK ONLINE JM | | | 90.00 | 732.62 |
| 07/15/13 | Citibank Global Transfer 9658 CITIBANK ONLINE JM | | | 100.00 | 832.62 |
| 07/15/13 | Citibank Global Transfer 9965 CITIBANK ONLINE JULIETA | | | 150.00 | 982.62 |
| 07/15/13 | Citibank Global Transfer 9378 CITIBANK ONLINE JULIETA | | | 200.00 | 1,182.62 |
| 07/15/13 | Citibank Global Transfer 9559 CITIBANK ONLINE | | | 300.00 | 1,482.62 |
| 07/15/13 | Citibank Global Transfer 9161 CITIBANK ONLINE JM | | | 400.00 | 1,882.62 |
| 07/15/13 | Citibank Global Transfer 8964 CITIBANK ONLINE JULIETA | | | 500.00 | 2,382.62 |
| 07/15/13 | ACH Electronic Debit PAYPAL        INST XFER | | 19.95 | | 2,362.67 |
| 07/15/13 | ACH Electronic Debit ACS        LOAN PYMT | | 165.72 | | 2,196.95 |
| 07/15/13 | Cash Withdrawal on 07/13 06:09p #1624 NVUS Non Citi ATM PEPPERMILL CASHIER CAG RENO | | 503.50 | | 1,693.45 |
| 07/15/13 | Cash Withdrawal on 07/13 07:50p #1624 NVUS Non Citi ATM PEPPERMILL CASHIER LOU RENO | | 403.50 | | 1,289.95 |
| 07/15/13 | Cash Withdrawal on 07/14 03:42a #1624 Non Citi ATM 500 N SIERRA STREE RENO        NVUS | | 303.00 | | 986.95 |
| 07/15/13 | Cash Withdrawal on 07/13 01:14p #1624 Cabaret ATM 901 MAIN MARTINEZ CA | | 300.00 | | 686.95 |
| 07/15/13 | Debit PIN Purchase 07/14 11:51a #1624 GCA* ELDORADO HOTEL ANDRENO        NVUS02148 | | 209.50 | | 477.45 |
| 07/15/13 | Cash Withdrawal on 07/14 04:12a #1624 Non Citi ATM 500 N SIERRA STREE RENO        NVUS | | 203.00 | | 274.45 |
| 07/15/13 | Cash Withdrawal on 07/14 07:21a #1624 Non Citi ATM 500 N SIERRA STREE RENO        NVUS | | 103.00 | | 171.45 |
| 07/15/13 | Cash Withdrawal on 07/14 07:08a #1624 Non Citi ATM 500 N SIERRA STREE RENO        NVUS | | 83.00 | | 88.45 |
| 07/15/13 | Debit PIN Purchase 07/14 10:57a #1624 GCA* SANDS REGENCY CASI RENO        NVUS02148 | | 64.60 | | 23.85 |
| 07/15/13 | Debit PIN Purchase 07/14 12:35p #1624 GCA* ELDORADO HOTEL ANDRENO        NVUS02148 | | 64.60 | | 40.75- |
| 07/15/13 | Debit PIN Purchase 07/14 01:16p #1624 GCA* ELDORADO HOTEL ANDRENO        NVUS02148 | | 64.60 | | 105.35- |
| 07/15/13 | Cash Withdrawal on 07/14 12:10a #1624 NVUS Non Citi ATM PEPPERMILL CASHIER CAG RENO | | 63.50 | | 168.85- |
| 07/19/13 | ACH Electronic Credit NYS DOL UI DD  UI DD | | | 405.00 | 236.15 |
| 07/19/13 | Cash Withdrawal 08:24p #1624 ATM 1020 TERVEN AVE        SALINAS        CAUS | | 100.00 | | 136.15 |

0-1R1N04F013

## Checking Continued

**Checking Activity Continued**

High Interest Checking ■■■4895

| Date | Description | Amount Subtracted | Amount Added | Balance |
|------|-------------|-------------------|--------------|---------|
| 07/22/13 | Cash Withdrawal on 07/21 06:03p #1624 ATM 425 CANYON DEL REY BLVDEL REY OAKS CAUS | 120.00 | | 16.15 |
| 07/25/13 | ACH Electronic Debit PAYPAL    INST XFER | 133.57 | | 117.42 |
| 07/26/13 | ACH Electronic Credit NYS DOL UI DD   UI DD | | 405.00 | 287.58 |
| 07/26/13 | ACH Electronic Debit PAYPAL    INST XFER | 102.85 | | 184.73 |
| 07/29/13 | ACH Electronic Debit PAYPAL    INST XFER | 82.37 | | 102.36 |
| 07/30/13 | Cash Withdrawal 07:07p #1624 ATM 535 8TH AV    NEW YORK   NYUS | 100.00 | | 2.36 |
| | **Total Subtracted/Added** | 7,452.69 | 7,578.44 | |
| 07/31/13 | **Closing Balance** | | | 2.36 |

*All transaction times and dates reflected are based on Eastern Time.*
*¹ Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

**Overdraft and Returned Item Fees**

| | Statement Period Total | Year to Date Total |
|---|---|---|
| Total Overdraft Fees | $0.00 | $34.00 |
| Total Returned Item Fees | $68.00 | $238.00 |

**ThankYou® Summary**

ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 625 |
| Total Points forwarded to Citi® ThankYou® Rewards | 625 |

Go to thankyou.com to review your point balance and redeem.

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

0-1R104F013

July 1 – July 31, 2013
GERTI MUHO
Citigold Account

Page 5 of 5

O-VRT1D4F013

---

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC INSURANCE**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in bank deposits

**CERTIFICATES OF DEPOSIT**
Interest on your CD (including IRA CDs) may show dashes in certain cases if on the date of your statement your new CD was not yet funded or your existing CD was renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

In Case of Errors or Questions About Your Electronic Fund Transfers other than For Investment Transactions:
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds & Keogh funds held in bank deposits and Federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

Give us the following information: (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your inquiry and will correct any error promptly. If we take more than 10 business days to do this (20 business days for new accounts), we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

IRA AND KEOGH Plans Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CREDIT PRODUCTS**
**Checking Plus – Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide by the total number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, and any new advances and adjustments, and subtract any unpaid Interest or other financial charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days in the statement period the applicable daily balance was in effect, then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation", Each average daily balance is disclosed as Balance Subject to Interest Rate, the daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary. Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Payment Instructions:** You can make payments on-line via Citibankonline.com, by phone – call (888) 248-4465, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to: Citibank, N.A., PO Box 688922, Des Moines, IA 50368-8922
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

**Requests for Credit Balance Refunds:** If your statement shows a credit balance and you would like a refund of that amount, you may write us, but if you do may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement. While we investigate whether or not there has been an error, you are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual for details.

**Billing Rights Summary – What To Do If You Think You Find A Mistake On Your Statement.**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement. (Attn: Checking Plus).

In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement. You will continue to receive your regular monthly credit card statement(s). Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Checking Plus, MasterCard, Visa, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.

---

TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT
FOLLOW THESE SIMPLE STEPS

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the "Checks and Other Withdrawal Outstanding" column below all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. List the ending Balance at the end of the Checking Activity section.

7. Add deposits or transfers you recorded which are not shown on this statement

8. Total (6 and 7 above)

9. Enter Total Checks and Other Withdrawals (see below)

10. Balance (8 less 9 should equal Checkbook balance)

Checks and Other Withdrawals Outstanding
(made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Sum of check charges
on above, if applicable

Total



Citibank is an Equal Housing Lender.

EQUAL HOUSING
LENDER

010R1/20/013

August 1 - September 2, 2013
Citigold Account                    4895

Page 1 of 5

CITIGOLD SERVICES
PO Box 769007
San Antonio, Texas 78245
For banking call Citigold Services at (888) 248-4465*
For speech and hearing impaired customers only: TTY: 800-788-6775.
Website: www.citibankonline.com

GERTI MUHO
20 EXCHANGE PL APT 4504
NEW YORK NY        10005-3213

Citigold is a service of Citibank, N.A. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| Citibank Accounts | | |
| Checking | 2.36 | 37,079.84 |
| Citigold Relationship Total | $2.36 | $37,079.84 |

| Earnings Summary | This Period | This Year |
|---|---|---|
| Citibank Accounts | | |
| Checking | | |
| Checking | 1.79 | 5.18 |
| Citigold Relationship Total | $1.79 | $5.18 |

* To ensure quality service, calls are randomly monitored and may be recorded.

## Messages From Citigold

Thinking about buying a home or refinancing? Our Home Lending Specialists can guide you through the mortgage process and recommend options which best suit your needs. Act now while rates are still low. Ask about the additional mortgage incentives available for Citibank customers. Visit a local branch to learn more today.]
Equal Housing Lender. NMLS#412915.

0108112013P1
1

## Fees & Rates Detail

Citibank gives you the benefit of lower charges, better rates and higher transaction limits as you maintain higher balance levels. When determining your rates, rebates of ATM surcharges for non-Citibank ATM transactions and monthly service charge for this statement period, and the transaction limits and fee waivers that apply during the next statement period, Citibank considers your average balance during the month of July, in all your qualifying accounts that you asked us to combine. These balances may be in accounts that are reported on other statements.

Monthly Service charges are waived for the following balance levels.
- $50,000 for deposits (checking, savings, money markets, CDs) and Retirement Accounts
- $100,000 for deposits, Retirement Accounts, loans (except mortgage from CitiMortgage), credit cards and investments
- $250,000 for deposits, Retirement Accounts, loans, credit cards, investments and a mortgage from CitiMortgage

Please refer to your Client Manual and Marketplace Addendum booklets and amendments for details. To link additional eligible Citibank accounts for consideration for next month's balances please refer to the phone number on page 1.

| Rates and Charges | Your Combined Balance Range $0-$1,499 |
|---|---|
| Rates | Standard |
| Monthly Service Charge | $30.00(Waived) |

All fees assessed for this statement period will appear as charges to your checking account on your next Citigold statement.

## Checking

### Checking Activity

**High Interest Checking   40054014895**

| Date | Description | | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|---|
| 08/01/13 | Opening Balance | | | | 2.36 |
| 08/01/13 | ACH Electronic Credit  NYS DOL UI DD    UI DD | | | 405.00 | 407.36 |
| 08/01/13 | Citibank Global Transfer █████████159   CITIBANK ONLINE GERTI MUHO | | | 50.00 | 457.36 |
| 08/01/13 | Citibank Global Transfer █████████032   CITIBANK ONLINE JULIETA MUHO | | | 400.00 | 857.36 |
| 08/01/13 | ACH Electronic Debit  BMW BANK   BMWFS PYMT | | 283.71 | | 573.65 |
| 08/01/13 | Fee - Service Charge | | 30.00 | | 543.65 |
| 08/05/13 | Debit Card Purchase 08/01 02:10p #1624   STAPLES   00117333 MASPETH   NY 13214 Specialty Retail stores | | 1.40 | | 542.25 |
| 08/06/13 | Debit Card Purchase 08/01 02:44p #1624   CHOPIN CHEMISTS   RIDGEWOOD   NY 13215 Food & Beverages | | 491.25 | | 51.00 |
| 08/06/13 | Debit Card Purchase 08/01 02:48p #1624   CHOPIN CHEMISTS   RIDGEWOOD   NY 13215 Food & Beverages | | 36.73 | | 14.27 |
| 08/06/13 | Debit Card Purchase 08/02 12:03a #1624   DROPBOX   0388446839S   CA 13216 Misc Business Services | | 9.99 | | 4.28 |
| 08/07/13 | ACH Electronic Debit  SLMA ED SERV PPD STUDNTLOAN | | 1,842.51 | | 1,838.23- |
| 08/08/13 | ACH Electronic Credit  NYS DOL UI DD   UI DD | | | 405.00 | 1,433.23- |
| 08/08/13 | Other Credit | | 1,842.51 | | 409.28 |

Page 3 of 5

August 1 - September 2, 2013
GERTI MUHO
Citigold Account                    ....4895

## Checking

**Checking Activity Continued**

Cont'nued

### High Interest Checking ....4895

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/08/13 | Returned Check/NSF Fee | 34.00 | | 375.28 |
| 08/09/13 | Debit ... 1 BROADWAY, NY, NY | | 100,000.00 | 100,375.26 |
| 08/12/13 | ACH Electronic Debit CAPITAL ONE ONLINE PMT | 659.46 | | 99,815.82 |
| 08/12/13 | ACH Electronic Debit SLMA ED SERV PPD STUDNTLOAN | 1,345.65 | | 98,470.17 |
| 08/12/13 | ACH Electronic Debit CHASE EPAY | 1,842.51 | | 96,627.66 |
| 08/12/13 | ACH Electronic Debit CHASE EPAY | 2,978.67 | | 93,648.99 |
| 08/12/13 | ACH Electronic Debit AMEX EPayment ACH PMT | 3,064.84 | | 90,584.15 |
| 08/12/13 | ACH Electronic Debit CITI AMEX ONLINE PAYMENT | 5,497.47 | | 85,086.68 |
| 08/12/13 | Cash Withdrawal on 08/10 12:52a #1624  Citibank ATM 111 8TH AVENUE, NY, NY | 5,891.04 | | 79,195.64 |
| 08/13/13 | ACH Electronic Debit ACS Express Pay ECHECKPAY | 500.00 | | 78,695.64 |
| 08/13/13 | ACH Electronic Debit ACS Express Pay ECHECKPAY | 293.68 | | 78,401.96 |
| 08/13/13 | ACH Electronic Debit BMW BANK 2MONEE PYMT | 341.38 | | 78,060.58 |
| 08/13/13 | ACH Electronic Debit SLMA ED SERV PEL STUDNTLOAN | 1,958.04 | | 76,102.54 |
| 08/13/13 | ACH Electronic Debit SLMA ED SERV PEL STUDNTLOAN | 3,616.68 | | 72,485.86 |
| 08/13/13 | Citibank Global Transfer CITIBANK ONLINE | 2,000.00 | | 70,485.86 |
| 08/13/13 | Debit Card Purchase 08/09 05:00p #1624  MASERATI OF MANHATTAN 0212962893 NY 13222 | 1,000.00 | | 69,485.86 |
| 08/13/13 | Debit Card Purchase 08/09 02:34p #1624  HUDSON FARM  NEW YORK  NY 13222 | 18.24 | | 69,467.62 |
| 08/13/13 | Cash Withdrawal 01:20a #1624  Non Citi ATM 1469 BROADWAY  NEW YORK  NYUS | 403.00 | | 69,064.62 |
| 08/13/13 | ACH Electronic Debit PAYPAL INST XFER | 2.68 | | 69,061.94 |
| 08/14/13 | ACH Electronic Debit AMERICAN EXPRESS ACH PMT | 4,000.00 | | 65,061.94 |
| 08/14/13 | Debit Card Purchase 08/12 08:27p #1624  MASERATI OF MANHATTAN  NY 13225 | 9,500.00 | | 55,561.94 |
| 08/14/13 | Debit Card Purchase 08/11 03:39a #1624  EPOCH.COM  *INANNADIG 800-893-8871 CA 13225 | 29.99 | | 55,531.95 |
| 08/15/13 | ACH Electronic Debit PAYPAL INST XFER | 19.95 | | 55,512.00 |
| 08/15/13 | Debit Card Purchase 08/12 02:11p #1624  MTA MOVI FREEBI POND QPS NEW YORK  NY 13226 | 10.00 | | 55,502.00 |
| 08/19/13 | ACH Electronic Debit AMERICAN EXPRESS ACH PMT | 1,435.46 | | 54,066.54 |
| 08/19/13 | Cash Withdrawal on 08/16 12:55a #1624  Non Citi ATM 305 BOWERY  NEW YORK  NYUS | 503.00 | | 53,563.54 |
| 08/19/13 | ACH Electronic Debit VERIZON PaymentONE | 265.56 | | 53,297.98 |
| 08/20/13 | ACH Electronic Debit VERIZON PaymentONE | 2,000.00 | | 51,297.98 |
| 08/20/13 | Cash Withdrawal 11:57a #1624  Tube 300 VARICK ST NY, NY 10014 | 4,162.95 | | 47,135.03 |
| 08/20/13 | Debit PIN Purchase 04:23p #1624  BCA' BORGATA HOTEL CASATLANTIC CITY NJ 08011-6 | 4,162.95 | | 42,972.08 |
| 08/20/13 | Cash Withdrawal 02:52p #1624  Non Citi ATM 1 BORGATA WAY,  ATLANTIC CITY NJUS | 1,904.99 | | 41,067.09 |

August 1 - September 2, 2013
GERTI MUHO
Citigold Account                    4895

010RV2DF013

## Checking   Continued

### High Interest Checking   4895

**Checking Activity Continued**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 08/22/13 | Other Debit | 1,004.99 | | 40,062.10 |
| 08/22/13 | Other Debit | 904.99 | | 39,157.11 |
| 08/23/13 | Check | 2,000.00 | | 37,157.11 |
| 08/26/13 | Other Debit | 79.06 | | 37,078.05 |
| 08/30/13 | Interest for 33 days, Average Daily Balance $39,669.86, Average Rate 0.05%, Annual Percentage Yield Earned 0.05% | | 1.79 | 37,079.84 |
| | Total Subtracted/Added | 66,026.82 | 103,104.30 | |
| 09/02/13 | Closing Balance | | | 37,079.84 |

All transaction times and dates reflected are based on Eastern Time.
*Transactions made on weekends, bank holidays or after bank business hours are not reflected in your account until the next business day.*

**Overdraft and Returned Item Fees**

| | Statement Period Total | Year to Date Total |
|---|---|---|
| Total Overdraft Fees | $0.00 | $34.00 |
| Total Returned Item Fees | $34.00 | $272.00 |

**ThankYou® Summary**

### ThankYou® Points Summary

| | |
|---|---|
| Points from checking account and other products and services | 625 |
| Total Points forwarded to Citi® ThankYou® Rewards | 625 |

Go to thankyou.com to review your point balance and redeem)

This summary includes only points awarded for the Citibank checking account relationship and may not reflect any bonus points received through a promotional offer. You can obtain updated point information by accessing your ThankYou Member Account at www.thankyou.com. Please refer to the Citibank Program ThankYou Rewards Terms and Conditions provided to the primary (first) signer of the checking account, upon enrollment of your Citibank checking account and the Terms and Conditions of ThankYou Rewards for important details.

01081/2/2013

August 1 – September 2, 2013
GERTI MUHO
Citigold Account

4895

Page 5 of 5

**TO RECONCILE YOUR CHECKBOOK WITH THIS STATEMENT FOLLOW THESE SIMPLE STEPS**

1. List in your checkbook any deposits, withdrawals and service charges which are shown on your statement, but not recorded in your checkbook. Adjust your checkbook accordingly.

2. Mark off in your checkbook all checks paid, withdrawals, or deposits listed on your statement.

3. List and total in the "Checks and Other Withdrawal Outstanding" column below all issued checks that have not been paid by Citibank together with any applicable check charges and all withdrawals made from your account since your last statement.

4. Deduct from your checkbook balance any service or other charge (including pre-authorized transfers or automatic deductions) that you have not already deducted.

5. Add to your checkbook balance any interest-earned deposit shown on this statement.

6. List the ending Balance at the end of the Checking Activity section.

7. Add deposits or transfers you recorded which are not shown on this statement

8. Total (6 and 7 above)

9. Enter Total Checks and Other Withdrawals (see below)

10. Balance (8 less 9 should equal Checkbook balance)

Checks and Other Withdrawals Outstanding (made by you but not yet indicated as paid on your statement)

| Number or Date | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Sum of check charges on above, if applicable

Total

Citibank is an Equal Housing Lender.

EQUAL HOUSING LENDER

Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states or in all packages.

**CITIBANK ACCOUNTS**
The products reported on this statement have been combined onto one monthly statement at your request. Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products recorded here may be different from the addressee(s) on the first page.

**CHECKING AND SAVINGS**
**FDIC Insurance:**
The following bank deposits are FDIC insured up to applicable limits: Checking, Interest Checking, Insured Money Market Account, Certificates of Deposit and IRA & Keogh funds held in savings deposits

**CERTIFICATES OF DEPOSIT**
Certificates of Deposit (CD) Information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period. Updated information will be reflected on a subsequent statement.

**In Case of Errors or Questions About Your Electronic Fund Transfers other than Investment Transactions:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer as may be applicable. See your Client Manual for details. and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Give us the following information:** (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your inquiry and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

**CREDIT PRODUCTS**
**Checking Plus - Fixed Rate and Variable Rate**
**Average Daily Balance:** The Average Daily Balance is computed by taking the beginning balance any new advances and adjustments as of the day they are made, and subtracting any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of day in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate vary daily.
**Interest Charge:** The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges plus any payments or credits. This gives us the daily balance. The amount of the Interest Charge by (1) multiplying each of the average daily balances for the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called Interest Charge Calculation.) Each average daily balance is divided by 365, except in leap years when it will be divided by 366.) For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check, or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We report information about your account to credit bureaus. Like payments, missed payments, or other defaults on your account may be reflected in your credit report.
**Payment Instructions:** You can make payments on-line via Citibankonline.com, by phone – call (888) 248-4465, at any Citibank branch, Citicard Banking Center, or by mail. If paying by mail, you must include your account number and send your payment to Citibank, N.A., PO Box 688922, Des Moines, IA. 50368-8922
**Other Information:** Checks drawn against a business account are not acceptable as payment for a personal loan obligation. You may
**Request for Credit Balance Refunds:** If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe. You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual for details.
**Billing Rights Summary– What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).
In your letter, give us the following information:
• Account information: Your name and account number.
• Dollar amount: The dollar amount of the suspected error.
• Description of the Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**CREDIT CARDS**
Information about your Citibank credit card account(s) on this statement is summary information as of your last credit-card statement. You will continue to receive your regular monthly credit card statement(s). Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc. Checking Plus, MasterCard, Visa, Citibank Preferred Visa and MasterCard, Citibank Platinum Select, Citigold, CitiPhone Banking and Ready Credit are registered service marks of Citigroup, Inc.

Citibank CBO Services     038
P.O. Box 769018
San Antonio, Texas 78245

LEVERAGED HAWK, INC.
20 EXCHANGE PLACE APT 4504
NEW YORK                    NY 10005

001/R1/04F000

000
CITIBANK, N. A.
**Account**
■■■■4214
**Statement Period**
Aug 7 - Sep 6, 2013
**Relationship Manager**
US SERVICE CENTER
1-877-528-0990

Page 1 of 2

## CitiBusiness® ACCOUNT AS OF SEPTEMBER 6, 2013

### Relationship Summary:

| | |
|---|---|
| Checking | $407,552.85 |
| Savings | |
| Checking Plus | |

## SERVICE CHARGE SUMMARY FROM AUGUST 1, 2013 THRU AUGUST 31, 2013

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| STREAMLINED CHECKING # ■■■4214 | | | |
| Average Daily Collected Balance | | | $770,462.90 |
| DEPOSIT SERVICES | | | |
| OFFICIAL CHECK | 3 | 10.0000 | 30.00 |
| **Total Charges for Services** | | | **$30.00** |
| **Net Service Charge** | | | **$30.00** |
| Charges debited from account # ■■■4214 | | | |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
■■214

| | | Beginning Balance: | $0.00 |
|---|---|---|---|
| | | Ending Balance: | $407,552.85 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 08/08 | FUNDS TRANSFER | | 2,067,307.24 | 2,067,307.24 |
| | WIRE FROM 1/SOUN VIEW ELITE LTD        Aug 08 | | | |
| 08/09 | WITHDRAWAL | 100,000.00 | | 1,967,307.24 |
| 08/09 | INCOMING WIRE TRAN FEE | 12.00 | | 1,967,295.24 |
| | INCOMING WIRE   FEE     C0032203435901 Aug 09 | | | |
| 08/12 | WITHDRAWAL | 75,000.00 | | 1,892,295.24 |
| 08/12 | WITHDRAWAL | 106,684.00 | | 1,785,611.24 |
| 08/15 | WITHDRAWAL | 581,988.40 | | 1,203,622.84 |
| 08/15 | SERVICE CHARGES | 35.00 | | 1,203,587.84 |
| | FEE FOR DOMESTIC FUNDS TRANSFER | | | |
| 08/15 | SERVICE CHARGES | 50.00 | | 1,203,537.84 |
| | FEE FOR INTERNATIONAL FUNDS TRANSFER | | | |
| 08/15 | INT'L WIRE OUT | 20,000.00 | | 1,183,537.84 |
| 08/15 | DOM WIRE OUT | 50,000.00 | | 1,133,537.84 |
| 08/20 | OFF-US ATM WITHDRAWAL | 984.99 | | 1,132,552.85 |
| | 1 BORGATA WAY,     ATLANTIC CITYNJUS | | | |
| 08/20 | WITHDRAWAL | 725,000.00 | | 407,552.85 |
| | **Total Debits/Credits** | **1,659,754.39** | **2,067,307.24** | |

LEVERAGED·HAWK, INC.

Account ▮▮▮▮4214       Page 2 of 2
Statement Period:  Aug 7 - Sep 6, 2013

001/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2013 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

GERTI MUHO

ACCOUNT NO. ███████4895

DEPOSITS &WIRES 06/01/2013 TO 08/31/2013

---------------------------------------------------------------------

FC: 00031   ACCOUNT: ██████4895         RECEIVED: 06/03/13

BENEFICIARY:  GERTI MUHO              POSTED: 06/03/13

   AMOUNT:        300.00

SENDING BANK:  JPMORGAN CHASE BANK       FEE:  0.00

 ORIGINATOR:  ANILA GJIKA VASKEN GJIKA      WAIVED: YES  GOLD

GLOBAL REF #:  F01315404BB301

OTHER REF #:  20130603B1QGC06C00505020130603B1Q8021R0193791000


---------------------------------------------------------------------



LEVERAGED HAWK INC

ACCOUNT NO. ████4214

DEPOSITS &WIRES 08/01/2013 TO 08/31/2013

SARPAGE 195
FIMP 000        BRANCH 00073                                8/16/13        PAGE  1
■■■■■084 SENT      ORIGINATOR         WIRE TRANSFER ACTIVITY         MANUF & TRADERS TR CO
08/15/13 11:41AM      LEVERAGED HAWK, INC.        ■■■■1066) BENEFICIARY
SET UP 08/15/13      20 EXCHANGE PLACE        WILKS LUKOFF & BRACEGIRDLE, LLC   ABA 022000046
  10:21AM      4504      NEW YORK NY 10005        DELAWARE                   NY
$50,000.00
          1 2124800001              PHONE  3022250858
                4214 B&P  CHECKING      ACCT# ■■■■2643
          SET UP BY P9429921 TIRADO,JUAN CARLO  APPROVED BY P4169869 RETTO,JANET
$35.00 FEE   FURTHER CREDIT ACH■■■■643   WILKS LUKOFF &       BRACEGIRDLE LLC
20130815810B021C018886 FE
G013227224050 GLOBAL ID





1884 SENT
08/15/13 11:42AM     ORIGINATOR     (      066)  BENEFICIARY          FIRSTCARIBBEAN INTERNATIONAL
SET UP 08/15/13      LEVERAGED HAWK, INC.        CONYERS DILL & PEARMAN        PO BOX 70 ROAD TOWN
10:35AM              20 EXCHANGE PLACE           BRITISH VIRGIN ISLANDS     TORTOLA       VIRGIN ISLANDS,
$20,000.00     4504
                     NEW YORK NY 10005
          1  2124800001              PHONE
                      214 B&P  CHECKING    ACCT#       5393       SWIFT    FCIBVGVG
SET UP BY P9429921 TIRADO,JUAN CARLO  APPROVED BY P4169869 RETTO,JANET
$50.00 FEE   FURTHER CREDIT AC#       215950263              CONYERS DILL& PEARMAN
04577104577203183838114 FE
G013227224170l GLOBAL ID

FC: 00038   ACCOUNT: ▮▮▮▮4214          RECEIVED: 08/08/13
BENEFICIARY: LEVERAGED HAWK, INC.      POSTED: 08/08/13
   AMOUNT:   2,067,307.24                          FEE: 12.00  HARD
SENDING BANK:  HSBC PRIVATE BANK (MONACO) SA       WAIVED: NO
ORIGINATOR: 1/SOUNDVIEW ELITE LTD
GLOBAL REF #:  C0032203435901
OTHER REF #: ▮▮▮▮▮3925

DATE: 08/07/2009          FIMP: 013          College student Account                              **citi**

ACCOUNT TITLE: **GERTI MUHO**

ADDRESS: 2428 HILLSIDE AVE BERKELEY, CA 94704
ACCOUNT NUMBER(S): CKG████████4895 / MMT████████903

| NAME / SIGNER | TAX ID NUMBER | ISSUE/LINK TO CARD |
|---|---|---|
| GERTI MUHO | ██████████ | YES |
|  |  |  |
|  |  |  |
|  |  |  |

Check appropriate box:   ☑ Individual   ☐ Other: _____   ☐ Check if Exempt Payee
By signing below, I: (1) certify my tax status, (2) agree to be bound by any agreement governing any account opened in the title indicated on this card

**TAX CERTIFICATION**
Under penalties of perjury, I certify that: (1) The number shown on this form is my correct taxpayer identification number, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. citizen, U.S. Resident Alien or other U.S. person (as defined in the instructions).
Certification instruction: You must cross out item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
        The Internal Revenue Service does not require your consent to any provision of this Document other than the certifications required to avoid backup withholding.

| Signer 1 Signature | Signer 2 Signature |
|---|---|
|  |  |
| Signer 3 Signature | Signer 4 Signature |
|  |  |

SEP-17-2013 16:11 FROM:          12122486822          TO:12104680252          P.1/10

# BUSINESS DEPOSIT ACCOUNT APPLICATION  citibank

## BUSINESS INFORMATION

| Business Name | Doing Business As/DBA (if applicable) | |
|---|---|---|
| LEVERAGED HAWK, INC. | | |

| Business Entity Type (Select One) | | Is the Entity a Not-For-Profit/ Non-Government Organization? |
|---|---|---|
| ☑ Corporation<br>☐ Partnership (General, Limited or Law)<br>☐ Limited Liability Partnership | ☐ Unincorporated Association   ☐ Public Entity<br>☐ Limited Liability Company   ☐ Business Trust<br>☐ Sole Proprietorship | ☐ Yes   ☑ No |

| Tax Identification Number | Type of Tax ID (Select One) | Business Start Date |
|---|---|---|
| 46-2649724 | ☐ Social Security Number<br>☑ Employer ID Number | 04/29/2013 |

| Number of Locations | Annual Gross Revenue | Annual Net Profit | Number of Employees/Agents |
|---|---|---|---|
| 1 | $ 100000 | $ 50000 | 1 |

| Business Phone | Business Fax | Is Business Home Based? |
|---|---|---|
| 212-480-0001 | | ☑ Yes   ☐ No |

| Business Industry/Activity/Description |
|---|
| LITIGATION FUNDING |

| Primary Contact Name | Primary Contact Phone | Primary Contact Email |
|---|---|---|
| Gerti Muho | 310-491-8973 | gm@gmg9,com |

## PHYSICAL ADDRESS

| Street Number | Street Name | |
|---|---|---|
| 20 | EXCHANGE PLACE | |

| Suite/Mailstop/etc. (if applicable) | City | State | Zip |
|---|---|---|---|
| APT 4504 | NEW YORK | NY | 10005 |

## MAILING ADDRESS (if different than above)

| Street Number | Street Name | |
|---|---|---|
| | | |

| Suite/Mailstop/etc. (if applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

## DEPOSIT PRODUCT SELECTION (Complete all fields for each account requested. Add additional pages, if needed.)

Account 1     4978154214

| Product (Select One)   ☑ Checking Account   ☐ Savings Account   ☐ Money Market Account   ☐ Certificate of Deposit (CD) |
|---|

| Intended Balance (Select One) | ☐ Under $25,000<br>☐ $25,000-$50,000<br>☐ $50,000-$250,000 | ☐ $250,000-$500,000<br>☐ $500,000-$1 million<br>☑ Greater than $1 million | Source of Initial Deposit (Select all that apply) | ☐ Cash/Currency   ☐ Check from Existing Bank<br>☐ Citibank Account   ☑ Wire from Existing Bank<br>☐ Other _____ |
|---|---|---|---|---|

| Purpose of Account (Select all that apply) | ☑ Operating   ☐ Savings   ☐ Payroll   ☐ Investment   ☐ Petty Cash   ☐ Other _____ |
|---|---|

| Checking Account Type | CD Maturity Options (if applicable) | CD Interest Options (if applicable) |
|---|---|---|
| ☑ Streamlined<br>☐ Flexible<br>☐ CitiBusiness®<br>☐ Interest Checking | CD Term: _____<br>☐ Roll over CD at maturity<br>☐ Transfer principal and interest at maturity to account #: _____ | ☐ Interest at maturity (terms less than 1 year)<br>☐ Post to Account<br>☐ Post Interest to Account #: _____<br>☐ Mail check to account address |

Account 2

| Product (Select One)   ☐ Checking Account   ☐ Savings Account   ☐ Money Market Account   ☐ Certificate of Deposit (CD) |
|---|

| Intended Balance (Select One) | ☐ Under $25,000<br>☐ $25,000-$50,000<br>☐ $50,000-$250,000 | ☐ $250,000-$500,000<br>☐ $500,000-$1 million<br>☐ Greater than $1 million | Source of Initial Deposit (Select all that apply) | ☐ Cash/Currency   ☐ Check from Existing Bank<br>☐ Citibank Account   ☐ Wire from Existing Bank<br>☐ Other _____ |
|---|---|---|---|---|

| Purpose of Account (Select all that apply) | ☐ Operating   ☐ Savings   ☐ Payroll   ☐ Investment   ☐ Petty Cash   ☐ Other _____ |
|---|---|

| Checking Account Type | CD Maturity Options (if applicable) | CD Interest Options (if applicable) |
|---|---|---|
| ☐ Streamlined<br>☐ Flexible<br>☐ CitiBusiness®<br>☐ Interest Checking | CD Term: _____<br>☐ Roll over CD at maturity<br>☐ Transfer principal and interest at maturity to account #: _____ | ☐ Interest at maturity (terms less than 1 year)<br>☐ Post to Account<br>☐ Post Interest to Account #: _____<br>☐ Mail check to account address |

## DEPOSIT ONLY CARDS

☐ Please issue Deposit Only Card(s)     How Many?: _____

©2013 Citibank, N.A., Member FDIC. Citibank, Citibank with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc.
1446  (Rev. 04/20/13)

SEP-17-2013 16:11 FROM:          12122406822          TO:12104600252          P.2/10

# BUSINESS DEPOSIT ACCOUNT APPLICATION          citibank

**ACCOUNT ACTIVITY**–Select Yes or No for each question. If any "Yes", then complete Addendum A for each account on the application.

| | |
|---|---|
| Will you provide check cashing services (i.e. offer cash back from checks you receive), money transmission services or sell financial instruments such as money orders or travelers checks? | ☐ Yes ☑ No |
| Will you send or receive wires to/from countries outside of the United States? | ☐ Yes ☑ No |
| Will you deposit or withdraw more than $120,000 in cash, travelers' checks or money orders each month? | ☐ Yes ☑ No |
| Will you hold or transact any funds in this account that belong to one or more of your customers and are not part of your business' operating funds? (e.g., Will any funds be held as an investment for a client, or used to settle funds similar to an investment service or trust arrangement?) | ☐ Yes ☑ No |

**SIGNER INFORMATION**–Complete for each signer. If more than 4 signers, then add Signer Personal Information form.

Do any owners own 25% or more of the business but are not signers on the account? (complete Addendum B if "Yes")   ☐ Yes ☑ No

### SIGNER 1

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| GERTI | | MUHO | | | ▓▓▓ |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| President/Chairperson | gm@gmg9.com | | 212-300-3826 | 100 |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| LS. 93 | CIRUNA | ▓▓▓▓▓ | ☐ Debit ☐ ATM ☑ None |

Citizenship (Select One)
☑ US Citizen   ☐ Non Resident Alien (NRA)
☐ Resident Alien   ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA, then complete A and B below:
A. Country of Citizenship:
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| PHOTO U.S. DRIVER'S LICENSE | CA | I1078603 | 08/06/2009 | 08/04/2014 |

### SIGNER 2

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| | | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

Citizenship (Select One)
☐ US Citizen   ☐ Non Resident Alien (NRA)
☐ Resident Alien   ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA, then complete A and B below:
A. Country of Citizenship:
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

### SIGNER 3

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| | | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

Citizenship (Select One)
☐ US Citizen   ☐ Non Resident Alien (NRA)
☐ Resident Alien   ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA, then complete A and B below:
A. Country of Citizenship:
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

### SIGNER 4

| First Name | MI | Last Name | | Suffix | Date of Birth |
|---|---|---|---|---|---|
| | | | | | |

| Business Title | Email Address | | Telephone Number | % Company Owned |
|---|---|---|---|---|
| | | | | |

| First School Attended | Mother's Maiden Name | Social Security Number/ITIN* | Issue Card: |
|---|---|---|---|
| | | | ☐ Debit ☐ ATM ☐ None |

Citizenship (Select One)
☐ US Citizen   ☐ Non Resident Alien (NRA)
☐ Resident Alien   ☐ Permanent Resident Alien (PRA)

If Resident Alien or NRA, then complete A and B below:
A. Country of Citizenship:
B. Is Signer a Senior Public Figure (SPF) or related to an SPF?  ☐ Yes ☐ No

| Identification – Type | State | Number | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

*Social Security Number or ITIN required for Sole Proprietorships, Single Stockholder Corporations, Single Member LLCs and any Signer requesting a Debit Card.

©2011 Citibank, N.A., Member FDIC
Mat. (Rev. 04/20/11)

Page 7 of 4

SEP-17-2013 16:11 FROM:                     12122486822           TO:12104680252        P.3/10

# BUSINESS DEPOSIT ACCOUNT APPLICATION 

**ACCOUNT AGREEMENT AND AUTHORIZATION (TO BE COMPLETED BY CUSTOMER ONLY)**

By signing below, I acknowledge and agree both individually, as applicable, and on behalf of the business identified in this application (the "Business"): (1) to be bound by any agreement governing any account and service for which I am applying for within including the terms and conditions of the CitiBusiness® Client Manual and Schedule of Fees and Charges; (2) Citibank may obtain credit reports and make other inquiries it deems appropriate about both the Business and me individually; (3) any signer identified within this application may open additional accounts and enter into contracts for banking services on behalf of the Business; (4) if I am a plan sponsor and/or plan fiduciary and the plan is subject to the Employee Retirement Income Security Act of 1974 ("ERISA"), by opening an account covered in this application, I have reviewed the CitiBusiness ERISA Section 408(b)(2) Disclosure Document made available to me reasonably in advance of my decision to open the account and that after my review, I made an independent decision that the fees and other compensation are reasonable for the services being provided by Citibank. I further consent to Citibank updating or changing the Disclosure Document by posting updated documents and/or notices at http://citi.com/investorinfo/advisoryprivacy/408b2disclosures.html and that I am responsible for checking the website periodically for such updates.

Tax Certification for Foreign Businesses (which do not meet the IRS definition of U.S. Person)–Check Box ☐ Complete applicable IRS Form W-8 and sign the "Authorized Signature" portion below. Do not complete the following "Tax Certification For U.S. Persons" section,.

**TAX CERTIFICATION FOR U.S. PERSONS-SUBSTITUTE FORM W-9 (TO BE COMPLETED BY CUSTOMER ONLY)**

Name (as shown on your income tax return)
*Leveraged Hawk, INC.*
Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification (required):
☐ Individual/sole proprietor  ☑ C Corporation  ☐ S Corporation
☐ Partnership  ☐ Trust/estate  ☐ Other (see W-9 instructions)
☐ Limited liability company. Enter the tax classification (if known)   ☐ Check here if you are
(S = S corporation, C = Corporation, P = Partnership):                       an Exempt Payee

Under penalties of perjury, I certify that:
1. The number shown on this application is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined in the W-9 instructions)

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.
The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.

*Geeti Muho*                          X _____
Print First and Last Name              Authorized Signature
*Sole Director*                        
Business Title (Capacity Acting In)    Date  *7 May 2013*

_____                     X _____
Print First and Last Name              Authorized Signature

_____                     _____
Business Title (Capacity Acting In)    Date

**CREDIT MONITORING CONSENT**
On behalf of the Business which I duly represent, by signing below, I authorize Citibank to obtain credit reports on the Business for the purpose of determining what, if any, additional products and services the Business may be eligible for.
_____                     X _____
Print First and Last Name              Signature

| BANK USE ONLY | |
|---|---|
| Linking-List Related Account ☐ Safety Check ☐ Statement ☐ Account Analysis | Card Access: Card Access for signers designated in signer section? ☐ Yes ☑ No   Primary Account linked to Card? ☐ Yes ☑ No |
| Account Officer – Print Name  *Joshua Law* | Phone Number *(212) 248-6802* |

Page 4 of 4

©2013 Citibank, N.A. Member FDIC.
1446 (Rev 04/20/13)

SEP-17-2013 16:12 FROM:                12122486822            TO:12104680252           P.4/10

# BUSINESS–GENERAL DEPOSIT RESOLUTION                    

☑ Corporation ☐ Limited Liability Company (LLC) ☐ Partnership ☐ Limited Liability Partnership (LLP) ☐ Unincorporated Association

Business Name
LEVERAGED HAWK, INC.

Doing Business As/DBA (if applicable)

**Authorization-** The business identified in this Business Resolution (the "Business") acknowledges that all accounts now or hereafter established under this Business Resolution shall be governed by the rules and regulations of Citibank, N.A. (the "Bank") including those set forth in the Bank's CitiBusiness® Client Manual, receipt of which is hereby acknowledged, and applicable state and federal laws. The Bank reserves the right to change its rules and regulations from time to time.

Each person who signs this Business Resolution is authorized on behalf of the Business to open deposit accounts at the Bank, sign checks and other orders with respect to any funds to the credit of the Business and to give the Bank instructions to withdraw funds, to endorse and deposit checks and other items that are payable or belonging to the Business and to otherwise transact on all accounts of the Business in any manner permitted by the Bank. In addition, each such person is authorized to assign, transfer or pledge any property of the Business, to execute on behalf of the Business indemnities, assignments, receipts and other documents, to contract for electronic access and cash management services (and delegate authority to designated persons) and to conduct any and all other lawful business with the Bank.

The Business agrees that the Bank assumes no responsibility for the payment of a check, draft or other item drawn on any Business account or for any withdrawal from any account which is honored and bears only a single signature of one of the individuals designated below. The Bank may rely on this authorization for each account until the Bank receives written notice revoking the authorization at the office where the account is maintained and until the Bank-has had a reasonable time to act on such notice.

The Bank is authorized to pay any check, draft or other instrument for the payment of money drawn on any account of this Business which bears or appears to bear the signature or facsimile signatures provided below or such other signature later certified by the Business to be authorized, if such signature, regardless of how or by whom affixed, resembles a specimen signature provided to the Bank.

If the Limited Liability Company (LLC) box is checked, the person executing this Business Resolution on behalf of the Business (the "Undersigned") certifies that the manager(s) or all members with banking authority have signed below. If the Partnership or LLP box is checked, the Undersigned certifies that the persons whose names appear below are the owners as co-partners and constitute all general partners with banking authority of the above-mentioned partnership. The Undersigned certifies to the Bank that the Undersigned has taken all actions and obtained all authorizations, consents and approvals as are necessary to the Undersigned's authority to execute this Resolution on behalf of the Business.

| Print First and Last Name | Signature/Facsimile Signature |
|---|---|
| Gerti  Muho | X |
|  | X |
|  | X |
|  | X |
|  | X |
|  | X |

RESOLVED, that this Business establish one or more deposit accounts with the Bank and that this Business adopts for each account the Authorization above. RESOLVED, that the person(s) whose name(s) appear above are each authorized, acting singly to establish and operate for this Business one or more accounts now and additional accounts from time to time, and to designate persons to perform transactions with respect to each account. I certify that this Business Resolution was adopted by this Business in accordance with applicable law and its charter, bylaws or other organizational documents, and is now in full force and effect. I further certify that all of the signatures are originals or the actual facsimiles used when issuing or negotiating checks.

| If entity is | Corporation LLC Partnership/LLP Unincorporated Association | then the Signature of the | Secretary or President Member or Manager Partner President | is required. |
|---|---|---|---|---|

X
Signature

Sole Director

Corporate Title (as per table above)

Gerti  Muho
Print First and Last Name

President

7 May 201.
Date

© 2012 Citibank, N.A. Member FDIC. Citibank, Citibank with Arc Design, and CitiBusiness are registered service marks of Citigroup Inc.
1446 (Rev. 12/10/12)

SEP-17-2013 16:12 FROM:                    12122486822        TO:12104680252        P.5/10

## CitiBusiness®



| Financial Center # 0038 | | Marketplace 000 | | Current Date | MAY 7, 2013 |
|---|---|---|---|---|---|
| Tax ID 46-2649724 | | | | | |
| Business Name LEVERAGED HAWK, INC. | | | | | |
| Account # (S) | Print First and Last Name | | Signature | | |
| 4978154214 | Signer 1: Gerti Muho | | X _____ | | |
| | Signer 2: | | X _____ | | |
| | Signer 3: | | X _____ | | |
| | Signer 4: | | X _____ | | |

## CitiBusiness®



| Financial Center # 0038 | | Marketplace 000 | | Current Date | MAY 7, 2013 |
|---|---|---|---|---|---|
| Tax ID 46-2649724 | | | | | |
| Business Name LEVERAGED HAWK, INC. | | | | | |
| Account # (S) | Print First and Last Name | | Signature | | |
| 4978154214 | Signer 1: Gerti Muho | | X _____ | | |
| | Signer 2: | | X _____ | | |
| | Signer 3: | | X _____ | | |
| | Signer 4: | | X _____ | | |

© 2012 Citibank, N.A. Member FDIC. Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.   1446 (Rev.10/20/12)

State of Delaware
Secretary of State
Division of Corporations
Delivered 06:21 PM 04/29/2013
FILED 06:16 PM 04/29/2013
SRV 130498855 - 5326489 FILE

CERTIFICATE OF INCORPORATION

OF

LEVERAGED HAWK, INC.

First. The name of this corporation is Leveraged Hawk, Inc. (the "*Corporation*").

Second. The address of the registered office of the Corporation in the State of Delaware is 1679 S. Dupont Hwy., Suite 100, in the County of Kent, in the city of Dover, Zip Code 19901. The name of its registered agent at such address is Registered Agent Solutions, Inc..

Third. The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law.

Fourth. The total number of shares of all classes of stock which the Corporation shall have authority to issue 1,000 shares of Class A Common Stock, par value $0.001 per share (the "*Class A Common Stock*"), 1000 shares of Class B Common Stock, par value $0.001 per share (the "*Class B Common Stock*", and together with the Class A Common Stock, the "*Common Stock*"), and 2000 shares of Preferred Stock, $.001 par value per share (the "*Preferred Stock*"). The number of authorized shares of any class or classes of stock may be increased or decreased (but not below the number of shares thereof then outstanding) by the affirmative vote of the holders of at least a majority of the voting power of the issued and outstanding shares of Common Stock of the Corporation, voting together as a single class.

Fifth. A statement of the designations of each class of Common Stock and of the Preferred Stock and the powers, preferences and rights and qualifications, limitations or restrictions thereof is as follows:

    1. Voting Rights.

        1.1. Except as otherwise provided herein or by applicable law, the holders of shares of Class A Common Stock and Class B Common Stock shall at

all times vote together as one class on all matters submitted to a vote or for the consent of the stockholders of the Corporation.

1.2. Each holder of shares of Class A Common Stock shall be entitled to one (1) vote for each share of Class A Common Stock held as of the applicable date on any matter that is submitted to a vote or for the consent of the stockholders of the Corporation

1.3. Each holder of shares of Class B Common Stock shall be entitled to ten (10) votes for each share of Class B Common Stock held as of the applicable date on any matter that is submitted to a vote or for the consent of the stockholders of the Corporation.

1.4. Except as otherwise provided by applicable law Preferred Stock shall not have any voting rights.

2. <u>Dividends.</u> From and after the date of the issuance of any shares of Preferred Stock, dividends shall be paid to the Preferred Stock at the end of each year at an annual rate equal to 1/20 times times the price paid for each share of Preferred Stock. Dividends shall accrue from day to day, whether or not declared, and shall be cumulative; provided, however, the Board of Directors and the Corporation shall be under no obligation to pay such Accruing Dividends.

Sixth. Subject to any additional vote required by the Certificate of Incorporation, the number of directors of the Corporation shall be determined in the manner set forth in the Bylaws of the Corporation.

Seventh. Elections of directors need not be by written ballot unless the Bylaws of the Corporation shall so provide.

Eighth. Meetings of stockholders may be held within or without the State of Delaware, as the Bylaws of the Corporation may provide. The books of the Corporation may be kept outside the State of Delaware at such place or places as may be designated from time to time by the Board of Directors or in the Bylaws of the Corporation.

Ninth. To the fullest extent permitted by law, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director. If the General Corporation Law or any other law of the State of Delaware is amended after approval by the stockholders of this Article Ninth to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of the Corporation shall be eliminated or limited to the fullest extent permitted by the General Corporation Law as so amended.

Tenth. Unless the Corporation consents in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (A) any derivative action or proceeding brought on behalf of the Corporation, (B) any action or proceeding asserting a claim of breach of a fiduciary duty owed by any director or officer of the Corporation to the Corporation or the Corporation's stockholders, (C) any action or proceeding asserting a claim against the Corporation arising pursuant to any provision of the Delaware General Corporation Law or the Corporation's Certificate of Incorporation or Bylaws or (D) any action or proceeding asserting a claim against the Corporation governed by the internal affairs doctrine.

Eleventh. The name and mailing address of the incorporator are as follows:

Gerti Muho
20 Exchange Pl, 4504
New York, New York, 10005

Executed on Monday, April 29, 2013.

Gerti Muho,
Incorporator

SEP-17-2013 16:13 FROM:                    12122486822        TO:12104680252        P.9/10


**REGISTERED AGENT**
SOLUTIONS INC

| ACCOUNT NO. | L1030912 |
|---|---|
| INVOICE NO. | 366319-366319 |
| DATE | 5/3/2013 |

Questions? Call us (888) 705-RASi (7274)

| BILL TO ADDRESS | ORDER PLACED BY | PROJECT NO. |
|---|---|---|
| Gerti Muno | Gerti Muho | 78380 |
| Leveraged Hawk, Inc | | |
| 20 Exchanged Pl 4504 | CLIENT MATTER | TOTAL |
| New York, NY 10005 | | |
| USA | LEVERAGED HAWK. INC. | 677 00 |

| DESCRIPTION | JURISDICTION | AMOUNT |
|---|---|---|
| LEVERAGED HAWK, INC | | |
| File Articles of Incorporation/Organization | Delaware | 70.00 |
| Fees Advanced | | 607.00 |
| NOTE Registered agent services will be billed under separate cover. | | |

---

To ensure proper credit, please return stub with your payment. Please do not staple or fold.


**REGISTERED AGENT**
SOLUTIONS INC

FEIN # 30-3644222

| ACCOUNT NO. | INVOICE NO. | AMOUNT DUE |
|---|---|---|
| L1030912 | 366319-366319 | 677 00 |

| DUE BY | AMOUNT ENCLOSED |
|---|---|
| 06/02/2013 | USD |

A finance charge of 1.5% will be assessed on all invoices over 30 days

Please make your check payable to "RASI".
Return this stub with your check for accurate
and prompt application of payment.

**REMIT PAYMENT TO:**

Registered Agent Solutions, Inc.
1701 Directors Blvd.
Suite 300
Austin, TX 78744

NOTE: In the event that this invoice becomes
past due, the invoice will be sent to a credit
reporting collection agency and any
subsequent fees will be the responsibility of

SEP-17-2013 16:13 FROM:                    12122486822        TO:12104680252          P.10/10

Division of Corporations - Online Services                                            Page 1 of 1

Delaware.gov | Text Only                                Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

HOME
About Agency
Secretary's Letter
Newsroom
Frequent
Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws
Online
Name Reservation
Entity Search
Status
Validate
Certificate
Customer Service
Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and
Fees
Taxes
Expedited
Services
Service of
Process
Registered Agents
Get Corporate
Status
Submitting a
Request How to
Form a New
Business Entity
Certifications,
Apostilles &
Authentication of
Documents

Frequently Asked Questions  View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| | | Incorporation Date / Formation Date: | 04/29/2013 (mm/dd/yyyy) |
| File Number: | 5326489 | | |
| Entity Name: | LEVERAGED HAWK, INC. | | |
| Entity Kind. | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | REGISTERED AGENT SOLUTIONS, INC. | | |
| Address: | 1679 S DUPONT HWY STE 100 | | |
| City: | DOVER | County: | KENT |
| State: | DE | Postal Code: | 19901 |
| Phone: | (302)674-8670 | | |

Additional information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00

Would you like ○ Status ○ Status,Tax & History Information   Submit

Back to Entity Search

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov