UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK     *Index No.* 13 CV 06895 (AT)

SOUNDVIEW ELITE LTD.

*Plaintiff(s) Petitioner(s)*

Calendar No.

against

*l~ AFFIDAVIT OF SERVICE*

GERTI MUHO & LEVERAGED HAWK, INC.

*Defendant)s) Respondent(s)*

STATE OF DELAWARE, COUNTY OF: NEW CASTLE     Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 10/17/13     at 2:15 P.M., at C/O REGISTERED AGENT SOLUTIONS 1679 S. DUPONT HWY. DOVER, DE 19901

deponent served the within
- ☐ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation
- ☒ ORDER TO SHOW CAUSE WITH TEMPORARY RESTRAINING ORDER FOR A PRELIMINARY INJUNCTION, ORDER OF ATTACHMENT, AND ORDER PERMITTING EXPEDITED DISCOVERY WITH MEMORANDUM IN SUPPORT OF, DECLARATION OF ETHAN KRASNOO, ESQ., AFFIDAVIT OF JANE METCALF, ESQ., AFFIDAVIT OF FLOYD SAUNDERS & CERTIFICATION OF PETER C. HARVEY, ESQ. PURSUANT TO FED. R. CIV. P. 65(B)

on LEVERAGED HAWK, INC.     ☒ defendant  ☐ witness  hereinafter called therein
☐ -espondent     the recipient lamed

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to SHANNON MCCARTHY (PROCESS AGENT) personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be AUTHORIZED PERSON thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to     at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at     and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at     in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☐
- ☐ Male  ☒ Female
- ☐ White Skin  ☒ Black Skin  ☐ Yellow Skin  ☐ Brown Skin  ☐ Red Skin
- ☐ Black Hair  ☒ Brown Hair  ☐ Blonde Hair  ☐ Gray Hair  ☐ Red Hair
- ☐ White Hair  ☐ Balding  ☐ Mustache  ☐ Beard  ☐ Glasses
- ☐ 14-20 Yrs.  ☐ 21-35 Yrs.  ☒ 36-50 Yrs.  ☐ 51-65 Yrs.  ☐ Over 65 Yrs.
- ☐ Under 5'  ☐ 5'0"-5'3"  ☒ 5'4"-5'8"  ☐ 5'9"-6'0"  ☐ Over 6'
- ☐ Under 100 Lbs.  ☐ 100-130 Lbs.  ☒ 131-160 Lbs.  ☐ 161-200 Lbs.  ☐ Over 200 Lbs.

Other identifying features:

**WITNESS FEES** ☐     $     the authorizing traveling expenses and one days' witness fee:
- ☐ was paid (tendered) to the recipient
- ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 10/17/13

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2014

License No.

GRANVILLE MORRIS

# **AFFIDAVIT OF SERVICE**

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 13-CV-06895 (AT)

Date Filed: _____

CSU2020113614

Plaintiffs:
**SOUNDVIEW ELITE LTD., and VANQUISH FUND LTD.,**

vs.

Defendants:
**GERTI MUHO and LEVERAGED HAWK, INC.**

For:
Patterson Belknap Webb & Tyler LLP
1133 Avenue Of The Americas
21st Floor
New York, NY 10036-6710

Received these papers to be served on **GERTI MUHO, 6031 GROVE STREET, RIDGEWOOD, NY 11385.**

I, Eugene O. Ferrari, being duly sworn, depose and say that on the **18th day of October, 2013 at 9:30 pm**, I:

served the above named Individual Pursuant to CPLR § 308 (2) by delivering and leaving a true copy of the **Order to Show Cause Signed by the Hon. Torres on October 16, 2013, Affidavit of Jane Metcalf, Esq., Memorandum of Law, Affidavit of Floyd Saunders with Exhibits, Certification of Peter C. Harvey, Esq. Pursuant to Fed. R. Civ. P. 65 (B), Declaration of Ethan Krasnoo, Esq.** with **"Jane Doe" (Declined First And Last Name), Co-Resident** at **6031 Grove Street, Ridgewood, NY 11385**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **Order to Show Cause Signed by the Hon. Torres on October 16, 2013, Affidavit of Jane Metcalf, Esq., Memorandum of Law, Affidavit of Floyd Saunders with Exhibits, Certification of Peter C. Harvey, Esq. Pursuant to Fed. R. Civ. P. 65 (B), Declaration of Ethan Krasnoo, Esq.** in a postpaid envelope addressed to: **6031 Grove Street, Ridgewood, NY 11385** and bearing the words "Personal & Confidential" by First Class Mail on **10/21/2013** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** Based upon my inquiry of the party served, the within named person is not in the military service of the United States of America.

**Additional Information pertaining to this Service:**
GPS TRACKING - 40.7099, -73.9012

CS, Inc. 181 Hillside Avenue, Williston Park, New York 11596. D.C.A. License # 1382542

**Description** of Person Served: Age: 43, Sex: F, Race/Skin Color: White, Height: 5'5", Weight: 175, Hair: Light Brown, Glasses: Y

I am over the age of 18, am not a party in the above action, and am a Certified Process Server, in good standing, in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 21st day of October, 2013 by the affiant who is personally known to me.

Tina A. McCarthy
Notary Public, State of New York
No. 01MC6115830
Qualified in Bronx County
Commission Expires 09/13/2016

Eugene O. Ferrari
D.C.A. License # 1255616

Our Job Serial Number: CSU-2020113614
Ref: R3342-002