# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

October 23, 2013

Nico Commandeur
(212) 336-2483
Direct Fax (212) 336-7894
ncommandeur@pbwt.com

**By Electronic Case Filing and E-mail**

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re:   *Soundview Elite Ltd. v. Gerti Muho*, No. 13 cv 06895 (AT)

Dear Judge Torres:

  Pursuant to Your Honor's instructions at yesterday's hearing in the above-referenced matter, we submit to the Court the enclosed proposed order of attachment.

              Respectfully submitted,

              Nicolas Commandeur

Enclosure