UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUNDVIEW ELITE LTD. and
VANQUISH FUND LTD.,

                Plaintiffs,

-against-

GERTI MUHO and LEVERAGED HAWK, INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/13

13 Civ. 6895 (AT)

**ORDER OF ATTACHMENT**

ANALISA TORRES, District Judge:

      The Plaintiffs, by their attorneys, Patterson, Belknap, Webb & Tyler LLP, having duly moved for an Order of Attachment, pursuant to Federal Rule of Civil Procedure 64 and CPLR 6201 *et seq.*, and said motion having regularly come on to be heard,

      Now, upon reading and filing the order to show cause dated October 16, 2013, the memorandum of law in support, the affidavits of Floyd Saunders and Jane Metcalf, Esq., sworn to on October 9, 2013, the Certification of Peter C. Harvey, Esq., sworn to October 11, 2013, and the Declaration of Ethan Krasnoo, Esq., dated October 15, 2013, with exhibits in support, and hearings held on October 16 and October 22, 2013, and after due deliberation having been held thereon, it is

      ORDERED that an order of attachment be and the same hereby is GRANTED, and it is further

      ORDERED, that the amount to be secured by this order of attachment shall be two million sixty-seven thousand three-hundred thirty-seven dollars and twenty-four cents ($2,067,337.24), with interest, costs, and sheriff's fees and expenses.

      ORDERED that the Sheriff of New York City is directed to levy, pursuant to CPLR 6214 at any time before final judgment, upon any funds, property, investments and assets of Gerti Muho or Leveraged Hawk, Inc. situated in the State of New York, including any bank accounts

where either Defendant or both Defendants have an ownership interest, including any accounts at Citibank, N.A., for the purpose of securing and satisfying the aforesaid sum of two million sixty-seven thousand three-hundred thirty-seven dollars and twenty-four cents ($2,067,337.24), and that the Sheriff shall proceed hereon within the time prescribed by law.

    SO ORDERED.

Dated: October 25, 2013
       New York, New York

                                              ANALISA TORRES
                                        United States District Judge