UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/2014
```

Soundview Elite Ltd. and
Vanquish Fund Ltd.     Plaintiff,

13 Civ. 6895 (AT )

- against -

**CLERK'S CERTIFICATE**

Gerti Muho and
Leveraged Hawk, Inc.    Defendant.

----------------------------------------x

I, RUBY J. KRAJICK, Clerk of the United States District Court for

the Southern District of New York, do hereby certify that this action commenced on

September 27, 2013

with the filing of a summons and complaint, a copy of the summons and complaint was served

on defendant by serving  Defendants on October 1 and October 2, 2013

(STATE SPECIFICALLY HOW SERVICE WAS MADE ON DEFENDANT), and proof of

such service thereof was filed on October 2, 2013 .

I further certify that the docket entries indicate that the defendant has not filed an

answer or otherwise moved with respect to the complaint herein. The default of the defendant is

hereby noted.

Dated: New York, New York

Jan 10, 2014

RUBY J. KRAJICK
Clerk of Court

By: _____
    Deputy Clerk

SDNY Web 5/2010