Peter C. Harvey
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336.2810
Facsimile: (212) 226.2222
Email: pcharvey@pbwt.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/14
```

*Attorneys for Plaintiffs Soundview Elite LTD.,*
*and Vanquish Fund Ltd.*

- - - - - - - - - - - - - - - - - - - - - - - - - - x:

SOUNDVIEW ELITE LTD., and
VANQUISH FUND LTD.,

                  Plaintiffs,

          -against-

GERTI MUHO and LEVERAGED
HAWK, INC.

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Civil Action No. 13 cv 06895 (AT)

**ORDER TO SHOW CAUSE**

THIS MATTER HAVING BEEN OPENED TO THE COURT upon the accompanying Summons and Complaint of Plaintiffs Vanquish Fund Ltd. and Soundview Elite Ltd. and the attached Affidavit of Peter C. Harvey, Esq., sworn to January 24, 2013, and exhibits thereto, Affidavits of Service of the Summons and Complaint, a Proposed Default Judgment, and a Certificate from the Clerk of Court stating that no answer has been filed by either Defendant in this action; AND

        Plaintiffs having moved by this Order to Show Cause, pursuant to Rule 55 of the Federal Rules of Civil Procedure, for default judgment; AND

IT APPEARING that Plaintiffs are entitled to default judgment by virtue of the facts set forth in the Affidavit of Peter C. Harvey, Esq. and accompanying exhibits thereto, Affidavits of Service of the Summons and Complaint indicating that a copy of the Summons and Complaint was served on Defendants on October 1 and October 2, 2013, and a Certificate from the Clerk of Court stating that Defendants have not filed an answer or otherwise moved with respect to the Complaint herein; AND

IT APPEARING that Plaintiffs are entitled to possession of assets in the amount of $2,067,377.24 by virtue of the facts set forth in the aforementioned Complaint, the Affidavit of Peter C. Harvey and the Affidavits of Floyd Saunders and Jane Metcalf previously filed in this action, and exhibits thereto, and that these funds are wrongfully held by Defendants, IT IS HEREBY

ORDERED that Defendants Gerti Muho and Leveraged Hawk, Inc. appear before this Court in Courtroom 15D of the Daniel Patrick Moynihan United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York on ~~January~~ March 6, 2014 at 4:30 o'clock p.m., or as soon thereafter as counsel can be heard, to show cause why this Court should not, pursuant to Rule 55 of the Federal Rules of Civil Procedure, enter a default judgment in the amount of $2,067,377.24 plus interests and costs, as well as punitive damages; and it is further

ORDERED that personal service of this Order, together with copies of the papers in support thereof, shall be made, within five business days of the undersigned date, on Defendants. AT

Dated: _January 27, 2014_
New York, New York

_____
Hon. Analisa Torres

2