```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUNDVIEW ELITE LTD. and VANQUISH FUND LTD.,

                    Plaintiffs,

-against-

GERTI MUHO and LEVERAGED HAWK, INC.,

                    Defendants.

13 Civ. 6895 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant's "emergency motion to dissolve TRO issued ex-parte on October 22, 2013" is DENIED. "[F]ederal courts have inherent power to strike frivolous motions." *Mathis v. Martin*, No. 13 Civ. 02597, 2013 WL 5609134, at *3 (D. Md. Oct. 11, 2013) (citations omitted).

    The Clerk of Court is directed to mail a copy of this order to *Pro Se* Defendant.

    SO ORDERED.

Dated: February 28, 2014
       New York, New York

ANALISA TORRES
United States District Judge