**Patterson Belknap Webb & Tyler** LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

March 4, 2014

<div style="float:right">
Peter C. Harvey
Partner
(212) 336-2810
Direct Fax: (212) 336-1217
pcharvey@pbwt.com
</div>

<u>**By Electronic Case Filing and E-mail**</u>

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y.  10007

   Re: *Soundview Elite Ltd. v. Gerti Muho, et al.*
     *Civil Action No. 13-cv-6895 (AT)*

Dear Judge Torres:

  We are writing regarding the Court's January 27, 2014 Order to Show Cause, which scheduled a hearing on Plaintiffs Soundview Elite, Ltd. and Vanquish Fund, Ltd.'s motion for default judgment in the above-referenced action for March 6, 2014 at 4:00 o'clock p.m.  Due to a scheduling conflict on March 6th, we respectfully request that the hearing be adjourned until March 20, 2014.

  This letter-motion marks Plaintiffs' first request to adjourn the hearing on Plaintiffs' motion for default judgment.  Plaintiffs previously requested one adjournment of the deposition of Defendant Gerti Muho, which the Court granted.  Mr. Muho consented to the proposed adjournment via email on March 3, 2014.  Plaintiffs are not aware of any representative of Defendant Leveraged Hawk, Inc. aside from Mr. Muho.

            Respectfully submitted,

            s/*Peter C. Harvey*

            Peter C. Harvey

6717576v.1