# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas    New York, NY 10036-6710    212.336.2000    fax 212.336.2222    www.pbwt.com

March 27, 2014

Peter C. Harvey
Partner
(212) 336-2810
Direct Fax: (212) 336-1217
pcharvey@pbwt.com

**By Electronic Case Filing and E-mail**

Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Moynihan United States Courthouse
500 Pearl Street, Courtroom 15D
New York, NY 10007

> Re:  **Soundview Elite Ltd.,** *et al.* **v. Gerti Muho,** *et al.*
>      **Civil Action No. 13-cv-6895 (AT)**

Dear Judge Torres:

We represent Plaintiffs in the above-captioned matter. We request that the Court set the hearing on the two applications pending before the Court on the same date. Specifically, we request that the Court hear argument on (a) the January 27, 2014 Order to Show Cause and (b) Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction on the hearing date previously set by the Court, April 2, 2014, at 4:30 PM. The Court has set this hearing date, pursuant to its March 3, 2014 Order, solely in connection with the Order to Show Cause as the Motion to Dismiss had not been filed.

The Court issued an Order to Show Cause to address the motion of Plaintiffs Soundview Elite, Ltd. and Vanquish Fund, Ltd. for a default judgment. Defendants have filed no papers in response to the Order to Show Cause.

Separately, on March 8, 2014, Defendant Gerti Muho filed, on behalf of Defendant Leveraged Hawk, a Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to *Fed R. Civ. Pro* 12(B)(1). (Docket Entry No. 32.) On March 26, 2014, Plaintiffs filed an Opposition to that Motion that addresses the Motion's lack of merit. Defendant Leveraged Hawk's reply brief is due before April 2, and the matter will be fully briefed at that time.

6817533v.1

Honorable Analisa Torres
March 27, 2014
Page 2

      Accordingly, we respectfully request that the Court hear argument on both the Order to Show Cause and Motion to Dismiss on the previously scheduled hearing date of April 2.

                                              Respectfully submitted,

                                              Peter C. Harvey

cc:    Mr. Gerti Muho (*via* email and first-class mail)

6817533v.1