Peter C. Harvey
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
Phone: (212) 336.2810
Facsimile: (212) 226.2222
Email: pcharvey@pbwt.com

*Attorneys for Plaintiffs Soundview Elite LTD.,
and Vanquish Fund Ltd.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/14
```

------------------------------ x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUNDVIEW ELITE LTD., and
VANQUISH FUND LTD.,

          Plaintiffs,

    -against-

GERTI MUHO and LEVERAGED
HAWK, INC.

          Defendants.
------------------------------ x

Civil Action No. 13 cv 06895 (AT)

**DEFAULT JUDGMENT**

**THIS ACTION HAVING BEEN COMMENCED** on September 27, 2013 by the filing of the Summons and Complaint; and a copy of the Summons and Complaint having been personally served on the Defendant Leveraged Hawk, Inc., on October 1, 2013, by personally delivering a copy of the Summons and Complaint to Registered Agent Solutions, Inc., an authorized agent, and on the Defendant Gerti Muho, on October 2, 2013, by personally delivering a copy of the Summons and Complaint to a person of suitable age and discretion residing in the Defendant Gerti Muho's usual place of abode; and proof of service upon both

Defendants having been filed on October 2, 2013; and the Defendants not having answered the Complaint; and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED and DECREED** that:

Plaintiffs have judgment against Defendants Gerti Muho and Leveraged Hawk, Inc., jointly and severally, in the liquidated amount $2,067,377.24, with interest at 9%, from August 8, 2013 up to and including April 4   2014, amounting to $121,832.81 plus costs of this action in the amount of $4,975.84, as well as punitive damages in the amount of $ 0   amounting in all to $ 2,194,185.89 .

**IT IS SO ORDERED.**

Dated: April 4, 2014
       New York, New York

_____
ANALISA TORRES
United States District Judge

2

6627451v.1