```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOUNDVIEW ELITE LTD. and VANQUISH FUND LTD.,

              Plaintiffs,

-against-

GERTI MUHO and LEVERAGED HAWK, INC.,

              Defendants.

13 Civ. 6895 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      For the reasons stated on the record at the April 4, 2014 hearing, Defendant's motion to dismiss is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 32.

      The Clerk of Court is directed to mail a copy of this order to *Pro Se* Defendant.

      SO ORDERED.

Dated: April 4, 2014
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge