UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOUNDVIEW ELITE LTD., and VANQUISH FUND LTD.,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>GERTI MUHO and LEVERAGED HAWK, INC.<br><br>       *Defendants*. | Case No. 13-cv-06895 (AT)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of Court and all parties of record:

  **PLEASE TAKE NOTICE** that I, Michael J. Dailey, hereby appears in this action on behalf of Corinne Ball, not individually, but solely in her capacity as the chapter 11 trustee for Plaintiff Soundview Elite Ltd.  I hereby certify that I am admitted to practice in this Court.

Dated: July 1, 2014
New York, New York

                Respectfully submitted,

                */s/ Michael J. Dailey*
                Michael J. Dailey
                JONES DAY
                222 East 41st Street
                New York, New York 10017-6702
                Telephone:  (212) 326-3939
                Facsimile:   (212) 755-7306

                *Attorney for Corinne Ball, the Chapter 11 Trustee for Soundview Elite Ltd.*

## **CERTIFICATE OF SERVICE**

I, Michael J. Dailey, hereby certify that on July 1, 2014, a true and correct copy of the foregoing Notice of Appearance was served via on *pro se* Defendants Gerti Muho and Leveraged Hawk, Inc. [1] via email at gm@gmcapital.net; and [2] via overnight courier at the following addresses:

Gerti Muho
Leveraged Hawk, Inc. (c/o Gerti Muho)
1100 Biscagne Blvd. 5303
Miami, Florida 33132

Dated: July 1, 2014
New York, New York

*/s/ Michael J. Dailey*
Michael J. Dailey